# IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF MICHIGAN

Geaniece D Carter
Plaintiff
PO Box 361184
Grosse Pointe Farms,
Michigan 48236

Case:2:19-cv-12381
Judge: Borman, Paul D.
MJ: Whalen, R. Steven
Filed: 08-12-2019 At 02:43 PM
CMP CARTER V UNIVERSITY OF TEXAS AT
DALLAS, ET AL. (af)

vs

University of Texas at Dallas
800 West Campbell Road
Richardson, TX 75080-3021;
Defendant

c/o

The University of Texas at Dallas
Dr. Richard C. Benson
University President
800 West Campbell Road
Richardson, TX 75080-3021

Dean George Fair
Dallas Dean of Interdisciplinary Studies,
Vice President, Diversity and Community Engagement
University of Texas Dallas
800 West Campbell Road, HH 30
Richardson, TX 75080-3021;
Defendant

Carolyn Bray
Assistant Director, Certification & Accountability
College of Interdisciplinary Studies
University of Texas Dallas
800 West Campbell Road, HH 30
Richardson, TX 75080-3021;
Defendant

1

Barbara Ashmore
Assistant Director, Student Teaching & Field Experience
College of Interdisciplinary Studies
University of Texas Dallas
800 West Campbell Road, HH 30
Richardson, TX 75080-3021;
Defendant

## Complaint/Facts

Carter began her Teacher Education program at University of Texas Dallas in the fall of 2002. Carter completed all required coursework before the college would allow her to take the required student teaching internship. Carter was told by college representatives then that she would have to take and pass the required TEA state exams for teaching certification before she would be allowed to complete her Student Teaching internship. Carter completed and passed the required Pedagogy & Professional Resp 8-12 exam December 2003 (Ex. E) (Ex. I). Carter completed and passed the required English Language Arts and Reading 8-12 exam February 2004(Ex. D) (Ex. I).

Carter had prior plans to move to the State of Georgia in the fall of 2004. Carter received approval from College Administrators to complete her student teaching internship in the State of Georgia under the Supervision of Dean George Fair, currently University of Texas Dallas Dean of Interdisciplinary Studies, Vice President, Diversity and Community Engagement.

Carter began her student teaching internship assignment at South Cobb High School, Austell Georgia in August of 2004. Carters' in school teaching Supervisor, Coach and Mentor was Diane Malone, a high school English Language Arts (9th grade) teacher at South Cobb High School.

During Carters' student teaching assignment from August through December 2004, Dean Fair visited Carter only once for an in-class observation. Dean Fair graded Carter on the one and only in-class observation during December 2004 giving her a D+ despite Carter getting good coaching, mentorship and high ratings from Mrs. Malone.

Carter had plans to move to Illinois and ordered transcripts to be sent to the Illinois Board of Education where she had plans to teach. University of Texas Dallas sent a transcript to Illinois Board of Education in 2004 that was not updated with Carters' student teaching internship grade (Ex. B). The transcript Illinois Board of Education received listed "NR" where a grade should have been for student teaching internship. Carter assumes that "NR" means "no record."

In 2004, Dean Fair as well as other College Administrators informed Carter that the College would not recommend her for Texas teacher certification because telling her that she must return to Texas to complete a second student teaching internship which was never a part of Carters' Teacher Education program plan. Carter was informed that she would have to register for another 6 credit hours for the student teaching internship.

Carter would have had to take out additional student loans to pay for the internship. Carter would have had to drop plans for jobs and housing in Illinois to live on student loans in Texas. Carter would have had to live in her car while in Texas because she had no place to live in Texas and did not want to sign a 1 year lease to obtain an apartment for a short-term stay for the student teaching assignment. Dean Fair nor College Administrators would provide Carter with any alternative options to obtain her certification. Carter was informed by Dean Fair and College Administrators that she must return to Texas so that they could "watch her."

College Administrators and Fair informed Carter that she should apply for a Paraprofessional/ Teacher Assistant job while in Texas. Carter informed them again that she had no plans to stay or reside in Texas and that her plans where to live and teach in Illinois.

June 24, 2019, Carter sent Barbara Ashmore, Carolyn Bray, and Laurie Pollock a form via email from Illinois Board of Education requesting verification that Carter had completed the requirements of the Teacher Education program. (Ex. A) State –Approved Program and Completion of Standards Verification form.

Carter also emailed Barbara Ashmore, Carolyn Bray, and Laurie Pollock a copy of her complete transcript (Ex. C) which listed the grade she received for the student teaching internship, copies of the 2 letters she received after passing both Texas TEA exams. (Ex. D, Ex. E) as well as the Out of State Test of Basic Skills Verification form Illinois form that verifies Carter completed required state exams. (Ex. F) Barbara Ashmore and Carolyn Bray have refused to complete the verifications form.

 Carter was informed June 24, 2019 that she was not recommended for Texas teacher certification in 2004 because she did not receive a grade of A or B as required by 2019 standards, (Ex. G and Ex. H). Carter was initially informed June 24, 2019 by Barbara Ashmore by phone that the standard would have been for her to pass student teaching with a grade of C or better to have been recommended for Texas Teacher certification. Ashmore later emailed Carter changing the requirement for student teaching grading to A or B to have been recommended to Teacher Certification in 2004. (Ex. J)

Carter recalls that she was informed by Dean Fair and College Administrators that the only requirement in 2004 was that Carter must complete 20 weeks of student teaching internship and

obtain a passing grade. Carter passed her student teaching internship with a passing grade of D+ therefore she completed the teacher education program. (Ex. C)

Carter recalls that her program was an individual development academic plan based on transcripts she submitted to the College and that the only other additional requirements was that she be computer literate and demonstrate effective public speaking skills.

Dean Fair did not fulfil his role adequately in Carters internship as her Advisor and Supervisor. Dean Fair did not provide Carter any Supervision, Mentoring or Coaching as required in his duties as Internship Supervisor. Fair left all of the Supervision up to Mrs. Malone who, if left to her, would have given Carter a higher passing grade in student teaching. Carter believes that Fair intended to fail Carter so she would be forced to return to Texas. Carter believes that Fair has some sort of unhealthy, sick obsession with Carter.

Barbara Ashmore and Carolyn Bray initially refused to complete the Illinois Board of Education verification form claiming that it implies that Carter has a teacher license/certificate in Texas. (Ex. J) Barbara Ashmore and Carolyn Bray stated that the form implies that Carter is already licensed/certified in Texas as a teacher therefore they will not complete a form that implies that notion. Carter has never stated or implied that she was licensed/certified to teach in Texas.

Part III of the Illinois verification form does state,

> "*Please verify that the above named applicant has completed your state approved program of preparation that, in your state, qualifies the educator for licensure,' compared to specific types listed in the form.*" (Ex. A)

Carter interprets Part III of the form to be speaking of Teaching Content/Area the Educator is prepared to teach. In Carters' case the answer would be English Language Arts grades 8 - 12. Officials from State of Illinois Department of Education; Karen Sheppard, Licensure Assistant Will County Regional Board of Education and Ladia Zavala, Licensure Specialist have verified with Carter that the form does not imply that a candidate, Carter, is already licensed or certified teacher in another state. They verified that the form is meant to assess coursework for teacher certification completed in another state compared to Illinois required coursework for teacher certification.

Part VII of the form ask that the University verify that Carter has completed a student teaching internship. The question does not require a grade of that internship completion which would suggest that Illinois is not looking at a grading requirement for teacher licensure.

By refusing to complete the form, UTD is not allowing Illinois or Michigan to assess Carters qualification for teacher licensure

Carter has maintained that she completed all requirements in a Teacher Education program that should have led to licensure/certification in Texas. Carter completed coursework requirements with a GPA of 2.845 (Ex. S). Carter also completed and passed Texas State for English Language Arts grades 8-12 which would be compared to Middle School (5-8) and Secondary (6-12) on the Illinois form (Ex. A). Illinois has informed Carter that all she needs to do is to verity that she completed a Teacher Education program in the United States that compares to Illinois Board of Education Standards for Teacher Certification.

Carolyn Bray informed Carter that ELA 8-12 no longer exist suggesting to Carter that she would need to start a new program.  Barbara Ashmore and an office staffer named Ginger (Ex. K) informed Carter that she would have to return to Texas to complete additional coursework due to

updated standards to complete her program requirement. Barbara Ashmore and Ginger informed Carter that she still will need to return to Texas to complete a student teaching internship. Carter has no plans to be certified, teach, or reside in Texas. University of Texas Dallas (UTD) or the State of Texas cannot instruct Illinois or Michigan what their standards should be or how to assess and determine if a candidate is suited to teach in their state.

Carter believes that University of Texas Dallas is scheming Carter to get her to take out more student loans. Carter was informed by Bray and Ashmore that her Texas test scores were "too old." Carter feels that they were suggesting that she, Carter, was "too old" to pursue teaching. University of Texas Dallas is blackmailing Carter by refusing to complete the verification form unless Carter return to Texas. University of Texas Dallas and University of Detroit Mercy (UDM) has an obsession with forcing Carter back to Texas to take out additional loans?

University of Texas Dallas is blackmailing Carter by refusing to acknowledge that she completed all requirements in 2004 to obtain teacher certification in the state of Texas including student teaching.

UT Dallas is blackmailing Carter by refusing to provide options, including allowing her to complete student teaching, if needed, in Illinois or Michigan, to complete the teacher education program she started in 2004. Fair nor College Administrators have provided Carter with any alternative methods for her to obtain her certification. State of Illinois has provided Carter the opportunity to obtain her certification provided that University of Texas Dallas officials complete the Illinois verification form accurately.

July 2019 Carter also applied for licensure in Michigan. Carter was informed by Michigan that they needed the following:

*Please provide a letter from the Dean of the College of Education at your University verifying you completed a Texas-approved teacher preparation program. Additionally the letter must specify the grade levels and content area(s) the program prepared you to teach.*

*Having 20 or more credits in a content area does not lead to certification. Our office must have confirmation of a completed state-approved teacher certification program, and unfortunately the transcript does not confirm an approved program was completed. (Ex. L)*

July 23, 2019 in a phone call to Carter, Dean Fair informed Carter that the College nor he will complete the Illinois verification form nor will they provide her with a letter for the State of Michigan because she did not complete their teacher education program. Fair stated that because Carter received a grade of D+ in her student teaching internship in 2004, according to 2019 criteria she should have completed their teacher education program with a grade of B or higher therefore she did not complete the program.

None of the University of Texas Dallas 2004 catalog information Carter was able to obtain (Ex. M, N, O, P, R) indicates a grading criteria for student teacher internship that required grade B or higher nor C or higher. Catalog information acquired by Carter indicates that each student completing the program in 2004 was provided with an individualized academic plan and that there was no grading criteria for student teaching internship at that time. It was not until 2011 (E. Q), according to the University of Texas Dallas catalog from 2011 Carter acquired, that students' academic program changed to a more common grading criteria for all students of A or B or higher to pass student teaching.

8

December 2008 Carter returned to Michigan where she began work as substitute teacher, as she had done in Illinois, with hopes of returning to a career mental health. Carter began a job with the County of Washtenaw March 2009 as a Case Manager. Carter was constantly hounded by suggestions by co-workers and Supervisor to "go back" to Texas to finish her teaching program. Carter was soon fired from that position for reasons still unclear to her.

Carter decided to return to school to update her skills because she was having trouble finding employment in mental health and she had gotten fired from substitute teacher position with a temporary firm 2012 where she was again hounded with suggestion to return to Texas or go to Detroit Public Schools.

Despite having two Master degree, and State licensed in Psychology and Counseling, Carter has not been able to obtain employment for over 8 years and believes that she is being intentionally blackballed in both Education and Human Services fields.

In the over 10 years Carter returned to Michigan, she is only able to obtain work as a substitute teacher with reminders that "you are an at-will employee and can be fired at any time for any reason." Carter has been offered work in Illinois and has tried to obtain certification to get those jobs offered to her but she cannot obtain those positions if she is not licensed. Carter is behind in her property taxes and risk losing her home if she can't pay her taxes.

Additional suggestion Carter received from University of Detroit Mercy staff is that she should complete an Alternative Teaching program which would require Carter to admit herself into a college program, and obtain additional student loans, and be placed in a school district of the University choice for 5 years to teach in order to obtain certification.

Carter is well aware that she would be placed in the worse, corrupt districts in Texas, Michigan or Illinois because of the racial discrimination that she has already endured. Carter chose a traditional teaching education program so she could apply and work in the district of her choice and not a corrupt district chosen by the University.

Jurisdiction and Venue

1. Venue in this District is proper under 28 U.S.C. § 1391(e)(1)(C); Plaintiff has resided in the Michigan since 1972. Plaintiff returned to Michigan December 28, 2008 to resume her residency.

2. 28 U.S. Code § 1331.Federal question. The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

3. Any obligation to exhaust administrative remedies does not apply to Carters' claim or should be excused by the Court because, among other things, exhaustion would be futile. Carter has attempted to resolve this issue with University of Texas Dallas Office of the President.

4. The University of Texas Dallas Office of the President have intentionally ignored Carters calls for assistance and have refused to refer her to its own administrative rules and state law regarding Carters' rights regarding fair hearing and fair investigation.

5. Carter cannot afford travel from Michigan to Texas to resolve this issue through Texas Courts when her attempts to resolve the issue by phone, email and U.S. mail have been futile.

Parties

1. Plaintiff Geaniece D. Carter is a fifty-six-year-old resident of Detroit Michigan. She brings this action on behalf of herself.

2. Defendant University of Texas Dallas, College of Interdisciplinary Studies formally General Students.

3. Defendant Dean George Fair, currently University of Texas Dallas Dean of interdisciplinary studies, Vice President, Diversity and Community Engagement.

4. Defendant Dr. Barbara Ashmore, Assistant Director, Student Teaching & Field Experience, University of Texas Dallas.

5. Defendant Carolyn Bray, Assistant Director, Certification & Accountability, University of Texas Dallas.

6. University of Texas Dallas, Dean Fair, Barbara Ashmore, and Carolyn Bray have harmed Carter by unlawfully withholding Teacher Certification by refusing to acknowledge that Carter completed a Teacher Education program within their College over 15 years ago.

7. University of Texas Dallas, Dean George Fair, Barbara Ashmore, and Carolyn Bray have harmed Carter by utilizing extortion and blackmail to force Carter to return to Texas to attempt to get her to begin a new program in Teacher Education.

8. University of Texas Dallas, Dean George Fair  Barbara Ashmore, and Carolyn Bray have harmed Carter by scheming to get Carter to take out additional student loans to have Carter become financially indebt to the University

9. University of Texas Dallas, Dean George Fair  Barbara Ashmore, and Carolyn Bray have harmed Carter by    falsely informing Carter that her previous program completed in 2004 is no longer valid and that she must began a new program in teacher education in Texas.

10. University of Texas Dallas, Dean George Fair, Barbara Ashmore, and Carolyn Bray have harmed Carter by      falsely informing Carter that her passing scores for Texas teacher education were too old to be valid and suggesting that Carter must retake all state exams.

11. University of Texas Dallas, Dean George Fair Barbara Ashmore, and Carolyn Bray have harmed Carter by suggesting that Carter is too old to pursue a career in teaching.

12. University of Texas Dallas, Dean George Fair   Barbara Ashmore, and Carolyn Bray have harmed Carter with racial motivations, to have Carter indebted financially to the University.

13. University of Texas Dallas, Dean George Fair   Barbara Ashmore, and Carolyn Bray have harmed Carter with racial motivations to keep Carter from pursuing her chosen career in teaching.

14. University of Texas Dallas, Dean George Fair   Barbara Ashmore, and Carolyn Bray have harmed Carter with racial motivations by suggesting to Carter that she would be better suited to pursue a career in Paraprofessional/ Teacher Assistant.

15. University of Texas Dallas, Dean George Fair   Barbara Ashmore, and Carolyn Bray have harmed Carter with racial motivations that falsely suggest that Carter did not complete a teacher education program at the University of Texas Dallas in 2004.

16. University of Texas Dallas, Dean George Fair   Barbara Ashmore, and Carolyn Bray have harmed Carter by discriminating against her in not allowing her alternative methods to complete her student teaching assignment.

17. University of Texas Dallas, Dean George Fair   Barbara Ashmore, and Carolyn Bray have harmed Carter by depriving Carter the liberty of being able to work in her chosen profession anywhere in the United States by refusing to verify completion of teacher education program at University of Texas Dallas.

18. University of Texas Dallas, Dean George Fair   Barbara Ashmore, and Carolyn Bray have harmed Carter by depriving Carter the liberty of working and making a proper living for

herself anywhere in the United States by refusing to verify completion of teacher education program at University of Texas Dallas.

19. University of Texas Dallas, Dean George Fair   Barbara Ashmore, and Carolyn Bray have harmed Carter due to some sort of unhealthy personal and professional obsession toward Carter and getting her to return and reside in Texas.

20. Carter believes that the University of Texas staff and University of Detroit Mercy staff have conspired to sabotage any career opportunities by spreading gossip and rumor about Carter

21. Carter believes that University of Texas Dallas and University of Detroit Mercy have conspired to have her computer and I-Phone/Smart-Phones hacked in order to "stalk" her and keep tabs or keep "watch" of her plans.

22. Carter has had to rely on food stamps in Michigan since 2010 as well as Michigan Medicaid since 2014.

23. Carter has had to rely on food stamps for the past 15 years as she has not been able to obtain full time employment.

24. Carter has had to live in her car from time to time for months in each state that she has resided including Michigan and Texas for the past 15 years because she is unable to find full time employment.

25. Carter has received letters and suggestion from Michigan Medicaid Insurance providers and State of Michigan Department of Human Services suggesting that she apply for disability.

26. Carter is diabetic, not disabled.

27. Carter has high blood pressure, not disabled.

28. Carter has had bouts with asthma in past years, in her 20's but she does not currently suffer and she is not disabled.

29. Carter is not mentally ill in any capacity.

30. Carter has never abused any substances nor has she ever had any dependence on any substance as has been suggested by rumor and gossip.

31. Carter wants to obtain full employment

32. Carter believes that University of Texas Dallas and University of Detroit Mercy staff have spread rumors that suggest that she is mentally ill.

University of Texas Dallas responsibility to Carter was not to sell her student loans, that is not the job of a public University. The role of the University Administrators as well as that of Dean Fair was to provide Carter with supervision, coaching, mentorship, and advisory along with the education that she paid for in order for her to succeed in the teacher education program and a career in teaching. Carter did not receive the Supervision and advisement from Dean Fair and the College Administrators as required in her academic contract/plan.

If there had been a grading criteria in 2004 for Carters' student teaching internship, Carter was not provided with the required resources, advisory and mentorship from her academic Supervisor, Dean Fair nor College Administrators per her academic contract/plan, making certain that she would not be successful in her student teaching internship and not pass the internship.

Dean George Fair has used his position of power as Dean to manipulate and oppress Carter. Fair as well as Ashmore and Bray are guilty of "misconduct in office" because they all have used their office of power to oppress Carter as well as to abuse her over a period of 15 years.

Damages

1. Carter seeks economic damages in the amount equal to the income and wages she would have received as an educator in the over 15 years that she has not worked in the field, student loans balances she has still outstanding plus the interest that has accumulated in the over 15 years that she has been without full employment, as well as money that would have gone toward Teacher Retirement/Pension Funding in the over 15 years that she has not worked in teaching.

2. Carter is seeking damages that would cover any income she would have received in the 15 years she has not worked in teaching, any future income that she would have made in teaching up until retirement, and student loans and interest she incurred in the past 15 years.

3. Carter is seeking punitive damages to punish the defendant and to deter similar conduct

4. Carter has had numerous financial hardships for the past 15 years of under employment. Carters' home continues to be at risk of foreclosure and she continues to experience tremendous financial hardships.

5. Carter seeks damages in the amount of $3.5 million dollars.

6. Carter is seeking any attorney and court fees associated with this claim from defendants.

7. Jury Demand

Texas Code of Criminal Procedure 3.04 – Official Misconduct

(1) "Official misconduct" means an offense that is an intentional or knowing violation of a law committed by a public servant while acting in an official capacity as a public servant. (2) "Public servant" has the meaning assigned by Section 1.07, Penal Code.

PENAL CODE

TITLE 8. OFFENSES AGAINST PUBLIC ADMINISTRATION

CHAPTER 39. ABUSE OF OFFICE

Sec. 39.015. CONCURRENT JURISDICTION TO PROSECUTE OFFENSES UNDER THIS CHAPTER. With the consent of the appropriate local county or district attorney, the attorney general has concurrent jurisdiction with that consenting local prosecutor to prosecute an offense under this chapter.

Sec. 39.02. ABUSE OF OFFICIAL CAPACITY. (a) A public servant commits an offense if, with intent to obtain a benefit or with intent to harm or defraud another, he intentionally or knowingly:

(1) violates a law relating to the public servant's office or employment

Sec. 39.03. OFFICIAL OPPRESSION. (a) A public servant acting under color of his office or employment commits an offense if he:

(1) intentionally subjects another to mistreatment or to arrest, detention, search, seizure, dispossession, assessment, or lien that he knows is unlawful;

(2) intentionally denies or impedes another in the exercise or enjoyment of any right, privilege, power, or immunity, knowing his conduct is unlawful; or

(3) intentionally subjects another to sexual harassment.

(b) For purposes of this section, a public servant acts under color of his office or employment if he acts or purports to act in an official capacity or takes advantage of such actual or purported capacity.

(d) An offense under this section is a Class A misdemeanor, except that an offense is a felony of the third degree if the public servant acted with the intent to impair the accuracy of data reported to the Texas Education Agency through the Public Education Information Management System (PEIMS) described by Section 42.006, Education Code, under a law requiring that reporting.

(1) 18 U.S.C. § 1951 (1970), which reads as follows: (a) Whoever in any way or degree obstructs, delays, or affects commerce or the movement of any article or commodity in commerce, by robbery or extortion or attempts or conspires so to do, or commits or threatens physical violence to any person or property in furtherance of a plan or purpose to do anything in violation of this section shall be fined not more than $10,000 or imprisoned not more than twenty years, or both.

        (2) The term "extortion" means the obtaining of property from an- other, with his consent, induced by wrongful use of actual or threatened force, violence, or fear, or under color of official right. (3) The term "commerce" means commerce within the District of Columbia, or any Territory or Possession of the United States; all commerce between any point in a State, Territory, Possession, or the District of Columbia and any point outside thereof; all commerce between points within the same State through any place outside such State; and all other commerce over which the United States has jurisdiction. (c) This section shall not be construed to repeal, modify or affect section 17 of Title 15, sections 52, 101-115, 151-166 of Title 29 or sections 151-188

        As a practical matter, the issue is whether a defendant's official position and consequent actions under color of official right create a climate of fear when

duress is also proved, or, whether the disjunctive construction of the statute obviates the need to prove duress. Clearly, more than a read

The Age Discrimination in Employment Act (ADEA) forbids age discrimination against people who are age 40 or older. It does not protect workers under the age of 40, although some states have laws that protect younger workers from age discrimination. It is not illegal for an <u>employer or other covered entity</u> to favor an older worker over a younger one, even if both workers are age 40 or older.

The Racial Discrimination Act 1975, promotes equality before the law for all people regardless of race, colour or national or ethnic origin. It is unlawful to discrimination against people on the basis of race, colour, descent or national or ethnic origin.

Respectfully submitted by,

Geaniece D Carter
Pro Se
PO Box 361184
Grosse Pointe Farms, MI  48236
geaniece@hotmail.com

August 12, 2019

*Ex. A*



**Illinois
State Board of Education**



**STATE–APPROVED PROGRAM AND COMPLETION
OF STANDARDS VERIFICATION**

100 North First Street, E-240
Springfield, Illinois 62777-0001

## EDUCATOR EFFECTIVENESS DIVISION

### PART I of VII – TO BE COMPLETED BY APPLICANT

An applicant applying for an Illinois license who has completed a state-approved program of preparation at a college or university shall use this form to verify completion of the program and coursework addressing specific Illinois standards. The applicant should provide all information requested in Part I of this form, and the college/university should complete the rest of the form as applicable. Please request that the college/university e-mail the completed form to licensureforms@isbe.net. Forms returned to the applicant or Regional Office of Education will not be honored.

| APPLICANT'S NAME (Last, First, Middle, Maiden) | IEIN | BIRTHDATE (mm/dd/yyyy) |
|---|---|---|
| ADDRESS (Street, City, State, Zip Code) | TELEPHONE (Include Area Code) | |
| | E-MAIL | |
| NAME OF COLLEGE/UNIVERSITY | | |
| ADDRESS (Street, City, State, Zip Code) | TELEPHONE (Include Area Code) | |

### PART II OF VII – TO BE COMPLETED ONLY BY THE COLLEGE/UNIVERSITY

**DIRECTIONS:** Please complete the information below, date it, and affix the signature of the licensure officer, the registrar, or the dean of the college of education. Then, e-mail this form to the Illinois State Board of Education at licensureforms@isbe.net. Forms returned to the educator will not be honored.

| NAME OF COLLEGE/UNIVERSITY | TELEPHONE (Include Area Code) | FAX (Include Area Code) |
|---|---|---|
| NAME AND TITLE OF AUTHORIZED OFFICIAL | E-MAIL | |

☐ YES ☐ NO   *I certify that the information provided below is true and correct.*

| | |
|---|---|
| Signature of Authorized | Date |

*EXT EX. 4*

## PART III OF VII– TO BE COMPLETED ONLY BY THE COLLEGE/UNIVERSITY

**STATE-APPROVED PROGRAM VERIFICATION:  Please verify that the above-named applicant has completed your state-approved program of preparation that, in your state, qualifies the educator for licensure comparable to the specific types listed below.  The registrar, licensure officer, or other authorized official should certify the information below.  Proceed to Part IV to verify completion of coursework addressing Illinois Standards.**

TYPE OF LICENSE / AREAS THE EDUCATOR IS PREPARED TO TEACH

**TEACHING LICENSE**

☐ Early Childhood (Birth-Grade 3)

_____
Age or Grade Level

☐ Elementary (K-9)

_____
Grade Level

☐ Middle Grades (5-8)

_____
Grade Level

☐ Secondary (6-12)

_____
Teaching Fields

☐ Special (K-12)

_____
Grade Level and/or Teaching Field(s)

☐ Other

_____

_____

_____
Grade Level and/or Teaching Field(s)
the educator was prepared to teach

**ADMINISTRATIVE LICENSE**

☐ General Administrative (Principal)

☐ Superintendent

☐ Chief School Business Official

☐ Director of Special Education

## PART IV of VII – TO BE COMPLETED ONLY BY THE COLLEGE/UNIVERSITY

**COMPLETION OF ILLINOIS STANDARDS VERIFICATION**: Please verify that the above-named applicant has completed coursework addressing the standards listed below (futher explanation addressed in Part 25.25(a)).  Standards can be met by the applicant having completed coursework in each specific area or if the content coursework was infused within the completed program.  If the standards have already been met, the educator will not be required to complete additional coursework.  Proceed to Part V to verify successful completion of testing for licensure.

| Yes | No | |
|-----|-----|---|
| ☐ | ☐ | Methods of instruction of the exceptional child in cross-categorical special education |
| ☐ | ☐ | Methods of reading and reading in the content area |
| ☐ | ☐ | Instructional strategies for English language learners |

ISBE 80-02 (7/18)

*Cert Ex A*

## PART V of VII – TO BE COMPLETED ONLY BY THE COLLEGE/UNIVERSITY

**TESTING VERIFICATION:**  Please verify that the above named applicant has successfully passed the following test(s) that led to licensure in your state.

If the applicant did not receive licensure in your state, the Board of Education in the state in which he/she is currently licensed must provide verification of the test used for licensure purposes (via ISBE Form 80-03A Confirmation of Out-of-State Licensure Testing. (e.g. Educator completed preparation program at an Iowa institution and obtains Iowa licensure - use this form. An educator who completed a program in Iowa, does not obtain Iowa licensure, but obtains licensure in Missouri, should use ISBE Form 80-03A (5/17).

I have reviewed the information above and certify that the person named in Part I passed the following test(s) (check all that apply):

☐ **BASIC SKILLS** - a uniform test required by the state of _____ for issuance of a license.
The Illinois Basic Skills Test is designed to assess knowledge of fundamental skills in reading, mathematics, writing, and language arts.

Date Passed: _____

☐ **CONTENT AREA TEST(S)** – required by the state of _____ for issuance of a license.
Specific to content area of licensure.

Date Passed: _____

☐ **TEACHER PERFORMANCE ASSESSMENT** - A performance based assessment that requires candidates to submit a portfolio of materials (such as video clips and lesson plans) demonstrating skills and knowledge essential for teaching.
(EX.- edTPA, PPAT)

Date Passed: _____

## PART VI OF VII – TO BE COMPLETED ONLY BY THE COLLEGE/UNIVERSITY

Effective February 1, 2012, all professional education and content-area coursework required for the issuance of an Illinois license, endorsement or approval must have been passed with a grade of no lower than a "C-" or equivalent.  Grades of "P" (Passing) or "S" (Satisfactory) cannot be honored for licensure until verification is provided by the **licensure officer, the registrar, or the dean of the college of education** that these grades are equivalent to a "C-" or above.

**MARK ONE OR MORE OF THE CHOICES BELOW:**

☐ **P** (PASSING), **S** (SATISFACTORY) or **CR** (CREDIT) GRADES ARE EQUIVALENT TO A "C-" OR ABOVE.

☐ *P (PASSING) OR S (SATISFACTORY) GRADES ARE EQUIVALENT TO A "D" OR BELOW*

**ADDITIONAL COMMENTS:**

## PART VII OF VII – TO BE COMPLETED ONLY BY THE COLLEGE/UNIVERSITY

**DIRECTIONS:** Please verify that the above-named applicant has completed student teaching as part of the state approved preparation program.

☐YES ☐NO  I certify that the applicant has completed student teaching as part of the state approved preparation program.

☐YES ☐NO  If YES, was student teaching completed prior to September 1, 2015?

SEE THE BACK OF THIS DOCUMENT FOR ADDITIONAL WATERMARK; HOLD AT ANGLE TO VIEW IMAGE.

Ex. B

**UTD**

FICE CODE: 009741

# The University of Texas at Dallas

Richardson, TX 75083-0688

NAME  Geaniece D Carter
STUDENT NUMBER
COURSE NUMBER          BIRTH

## Official Graduate Transcript

**Current Academic Program:**
School of General Studies
Nondegree program
Major: Teacher Education

**Previous Degrees:**
Master of Arts
University of Detroit Mercy
Major: Counseling
Bachelor of Science
University of Detroit Mercy
Major: Business Administration

May 11, 1991

Jun 18, 1987

**Admitted Program:**
School of General Studies
Nondegree program
Major: Teacher Education

-----Fall 2002-----

| COURSE NUMBER | COURSE TITLE | | CREDIT HOURS | QUALITY POINTS |
|---|---|---|---|---|

-----Spring 2003-----

| | | | AHRS | EHRS | QHRS | QPTS | GPA |
|---|---|---|---|---|---|---|---|
| ED  -3380 | CURR & INST IN ENGLISH | B | 3.00 | | | | 9.00* |
| ED  -4361 | CLASSROOM & INSTRUCTIONL MGM | B | 3.00 | | | | 9.00* |
| PSY -4343 | ABNORMAL PSYCHOLOGY | C+ | 3.00 | | | | 6.99* |

| | AHRS | EHRS | QHRS | QPTS | GPA |
|---|---|---|---|---|---|
| Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.000 |
| Cumulative | 0.00 | 0.00 | 0.00 | 0.00 | 0.000 |

-----Fall 2003-----

| | | | AHRS | EHRS | QHRS | QPTS | GPA |
|---|---|---|---|---|---|---|---|
| LIT -2341 | LITERARY ANALYSIS | C- | 3.00 | | | | 5.01* |
| PSY -3310 | CHILD DEVELOPMENT | B | 3.00 | | | | 9.00* |

| | AHRS | EHRS | QHRS | QPTS | GPA |
|---|---|---|---|---|---|
| Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.000 |
| Cumulative | 0.00 | 0.00 | 0.00 | 0.00 | 0.000 |

-----Fall 2004-----

| | | | AHRS | EHRS | QHRS | QPTS | GPA |
|---|---|---|---|---|---|---|---|
| ED  -4694 | STUDENT TEACHING | | | | | | * |
| | STUDENT TEACHING:SECONDARY | NR | 0.00 | | | | |

-----End of Graduate Transcript-----

| | | | AHRS | EHRS | QHRS | QPTS | GPA |
|---|---|---|---|---|---|---|---|
| ED  -3314 | AMERICAN PUBLIC SCHOOL | A- | 3.00 | | | 11.01* | |
| ED  -3339 | EDUCATIONAL PSYCHOLOGY | C+ | 3.00 | | | 6.99* | |
| ED  -4353 | READING&STUDY SKILLS 2NDRY S | C+ | 3.00 | | | 9.00* | |
| | READING IN CONTEXT B | B | 3.00 | | | 12.00* | |
| PSY -4322 | SOCIAL COMMUNICATION | A | 3.00 | | | 12.00* | |

| | AHRS | EHRS | QHRS | QPTS | GPA |
|---|---|---|---|---|---|
| Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.000 |
| Cumulative | 0.00 | 0.00 | 0.00 | 0.00 | 0.000 |
| -----No Further Entries This Column----- | | | | | |

FEDERAL LAW PROHIBITS ACCESS TO THIS RECORD BY ANY PARTY WITHOUT WRITTEN CONSENT OF THE STUDENT

Illinois State Board of Edu.
Cert. Prgm.
100 N. 1st St
Springfield IL 61777

KEY:
COURSE NOT APPLIED TO DEGREE ---- AC PGRAM
INITIAL STATISTICS INCLUDED*

PAGE 1 OF 1        11-18-04

# The University of Texas at Dallas

FICE CODE: 009741

Richardson, TX 75080-3021



## Official Transcript

**Name:**     Carter, Geaniece

**Send To:**   Carter, Geaniece
              PO Box 441196
              Detroit, MI 48244-1196

### External Degrees

University of Detroit Mercy
Bachelor of Science 06/18/1987

University of Detroit Mercy
Master of Arts     05/11/1991

**Student ID:**
**SSN:**

**Print Date:**        08/23/2010

### Beginning of Graduate Record

### 2002 Fall

**Program:**   Graduate Non-Degree Objective
**Plan:**      Teacher Education Non-Degree Major

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| ED | 3314 | AMERICAN PUBLIC SCHOOL | 3.000 | 0.000 | A- | 0.000 |
| Grading Basis: | | Exclude Grade from Statistics | | | | |
| ED | 3339 | EDUCATIONAL PSYCHOLOGY | 3.000 | 0.000 | C+ | 0.000 |
| Grading Basis: | | Exclude Grade from Statistics | | | | |
| ED | 4353 | READING&STUDY SKILLS 2NDRY SCH | 3.000 | 0.000 | B | 0.000 |
| Course Topic: | | READING IN CONTEXT | | | | |
| Grading Basis: | | Exclude Grade from Statistics | | | | |
| PSY | 4322 | SOCIAL COMMUNICATION | 3.000 | 0.000 | A | 0.000 |
| Grading Basis: | | Exclude Grade from Statistics | | | | |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Term GPA | 0.000 | Term Totals | 12.000 | 0.000 | 0.000 | 0.000 |
| Transfer Term GPA | | Transfer Totals | 0.000 | 0.000 | 0.000 | 0.000 |
| Combined GPA | 0.000 | Comb Totals | 12.000 | 0.000 | 0.000 | 0.000 |
| Cum GPA | 0.000 | Cum Totals | 12.000 | 0.000 | 0.000 | 0.000 |
| Transfer Cum GPA | | Transfer Totals | 0.000 | 0.000 | 0.000 | 0.000 |
| Combined Cum GPA | 0.000 | Comb Totals | 12.000 | 0.000 | 0.000 | 0.000 |

REGISTRAR

1      3

FEDERAL LAW PROHIBITS ACCESS TO THIS RECORD BY ANY PARTY WITHOUT WRITTEN CONSENT OF THE STUDENT

**UTD - The University of Texas at Dallas**
FICE CODE: 009741
Richardson, TX 75080-3021

*CONT Ex. C*

### Official Transcript

Name:  Carter,Geaniece

### 2003 Spring

Program:  Graduate Non-Degree Objective
Plan:  Teacher Education Non-Degree Major

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| ED | 3380 | CURR & INST IN ENGLISH | 3.000 | 0.000 | B | 0.000 |
| Grading Basis: | | Exclude Grade from Statistics | | | | |
| ED | 4361 | CLASSROOM & INSTRUCTIONL MGMT | 3.000 | 0.000 | B | 0.000 |
| Grading Basis: | | Exclude Grade from Statistics | | | | |
| PSY | 4343 | ABNORMAL PSYCHOLOGY | 3.000 | 0.000 | C+ | 0.000 |
| Grading Basis: | | Exclude Grade from Statistics | | | | |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Term GPA | 0.000 | Term Totals | 9.000 | 0.000 | 0.000 | 0.000 |
| Transfer Term GPA | 0.000 | Transfer Totals | 0.000 | 0.000 | 0.000 | 0.000 |
| Combined GPA | 0.000 | Comb Totals | 9.000 | 0.000 | 0.000 | 0.000 |
| Cum GPA | 0.000 | Cum Totals | 21.000 | 0.000 | 0.000 | 0.000 |
| Transfer Cum GPA | 0.000 | Transfer Totals | 0.000 | 0.000 | 0.000 | 0.000 |
| Combined Cum GPA | 0.000 | Comb Totals | 21.000 | 0.000 | 0.000 | 0.000 |

### 2003 Fall

Program:  Graduate Non-Degree Objective
Plan:  Teacher Education Non-Degree Major

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| LIT | 2341 | LITERARY ANALYSIS | 3.000 | 0.000 | C- | 0.000 |
| Grading Basis: | | Exclude Grade from Statistics | | | | |
| PSY | 3310 | CHILD DEVELOPMENT | 3.000 | 0.000 | B | 0.000 |
| Grading Basis: | | Exclude Grade from Statistics | | | | |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Term GPA | 0.000 | Term Totals | 6.000 | 0.000 | 0.000 | 0.000 |
| Transfer Term GPA | 0.000 | Transfer Totals | 0.000 | 0.000 | 0.000 | 0.000 |
| Combined GPA | 0.000 | Comb Totals | 6.000 | 0.000 | 0.000 | 0.000 |
| Cum GPA | 0.000 | Cum Totals | 27.000 | 0.000 | 0.000 | 0.000 |
| Transfer Cum GPA | 0.000 | Transfer Totals | 0.000 | 0.000 | 0.000 | 0.000 |
| Combined Cum GPA | 0.000 | Comb Totals | 27.000 | 0.000 | 0.000 | 0.000 |

### 2004 Fall

Program:  Graduate Non-Degree Objective
Plan:  Teacher Education Non-Degree Major

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| ED | 4694 | STUDENT TEACHING | 6.000 | 0.000 | D+ | 0.000 |
| Course Topic: | | STUDENT TEACHING:SECONDARY | | | | |
| Grading Basis: | | Exclude Grade from Statistics | | | | |

2     3

REGISTRAR

FEDERAL LAW PROHIBITS ACCESS TO THIS RECORD BY ANY PARTY WITHOUT WRITTEN CONSENT OF THE STUDENT

**The University of Texas at Dallas**
FICE CODE: 009741
Richardson, TX 75080-3021

CRNT Ex. C

## Official Transcript

Name:     Carter, Geanlece

|  |  |  | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Term GPA | 0.000 | Term Totals | 6.000 | 0.000 | 0.000 | 0.000 |
| Transfer Term GPA |  | Transfer Totals | 0.000 | 0.000 | 0.000 | 0.000 |
| Combined GPA | 0.000 | Comb Totals | 6.000 | 0.000 | 0.000 | 0.000 |
| Cum GPA | 0.000 | Cum Totals | 33.000 | 0.000 | 0.000 | 0.000 |
| Transfer Cum GPA |  | Transfer Totals | 0.000 | 0.000 | 0.000 | 0.000 |
| Combined Cum GPA | 0.000 | Comb Totals | 33.000 | 0.000 | 0.000 | 0.000 |

End of Official Transcript

3     3

REGISTRAR

FEDERAL LAW PROHIBITS ACCESS TO THIS RECORD BY ANY PARTY WITHOUT WRITTEN CONSENT OF THE STUDENT

Case 2:19-cv-12381-PDB-RSW    ECF No. 1    filed 08/12/19    PageID.26    Page 26 of 55

( Ex. D )

**Texas Examinations of Educator Standards**

# TE<sup>x</sup>ES

**Examination for the Certification of Educators in Texas**

UNOFFICIAL SCORE REPORT

Test Date: 02/28/2004

GEANIECE D CARTER
DALLAS, TX 75222

**Test: 131 English Language Arts and Reading 8-12**

**Total Scaled Score: 241**
**Status: Passed**

| PERFORMANCE BY DOMAIN | # QUESTIONS | # CORRECT |
|---|---|---|
| Integrated Lang Arts, Diverse Lrnrs... | 12 | 12 |
| Lit, Rdg Processes, & Skills for Rdg... | 32 | 23 |
| Written Communication | 24 | 12 |
| Oral Communication & Media Literacy | 12 | 9 |

*Your constructed-response assignment holistic score is 2 on a scale of 1 to 4. See the TExES English Language Arts and Reading 8-12 Preparation Manual for description of the characteristics of each score point.

NOTE: Please allow 7 to 10 business days for your test scores to be posted in the SBEC Online system before contacting SBEC credentialing staff or submitting your online application for certification. SBEC will post scores on the SBEC Online website when the scores are available for viewing and application submission.

*Internet score reports are **unofficial** and are not a substitute for an examinee score report. Your official examinee score report has been mailed to you.*

◀ PREVIOUS    TO HOME PAGE    NEXT ▶

*(Ex. E)*



### Texas Examinations of Educator Standards

### Examination for the Certification of Educators in Texas

UNOFFICIAL SCORE REPORT

Test Date: 12/06/2003

GEANIECE D CARTER
DALLAS, TX 75222

**Test: 130 Pedagogy & Professional Resp 8-12**

**Total Scaled Score: 263**
**Status: Passed**

| PERFORMANCE BY DOMAIN | # QUESTIONS | # CORRECT |
|---|---|---|
| Designing Instruction & Assessment to .. | 25 | 22 |
| Creating a Positive, Productive ... | 12 | 10 |
| Implementing Effective, Responsive ... | 25 | 21 |
| Fulfilling Professional Roles & Rspnsts | 18 | 13 |

*Internet score reports are **unofficial** and are not a substitute for an examinee score report. Your official examinee score report has been mailed to you.*

PREVIOUS    TO HOME PAGE    NEXT

 *Ex. F*



**ILLINOIS STATE BOARD OF EDUCATION**
Educator Effectiveness Division
100 North First Street, S-306
Springfield, Illinois
62777-0001

## OUT-OF-STATE TEST OF BASIC SKILLS VERIFICATION:
### DEPARTMENT/BOARD OF EDUCATION USE ONLY

**Instructions**: An applicant applying for an Illinois license who has completed a test of basic skills leading to licensure in another state should use this form if licensure was obtained in a state other than the state where the educator preparation program was completed. (e.g., Educator completed preparation program at an Iowa institution, does not obtain Iowa licensure, but has obtained licensure in Missouri – **USE THIS FORM**). An applicant who has completed a test of basic skills leading to licensure in the same state as the completed preparation program should instead complete **ISBE Form 80-02**: State-Approved Program and Completion of Standards Verification (7/15). (e.g., Educator completed program in Iowa and obtains Iowa licensure uses **ISBE Form 80-02**).

### PART I – TO BE COMPLETED BY THE EDUCATOR

| APPLICANT'S NAME (Last, First, Middle, Maiden) | IEIN (Listed in ELIS) | BIRTHDATE (mm/dd/yyyy) |
|---|---|---|
| Carter, Geaniece D | | |

| ADDRESS (Street, City, State, Zip Code) | TELEPHONE (Include Area Code) | E-MAIL |
|---|---|---|
| PO Box 361184, Grosse Pointe Farms, MI 48236 | 313-290-3009 | geaniece@hotmail.com |

| NAME OF COLLEGE/UNIVERSITY | TELEPHONE (Include Area Code) |
|---|---|
| University of Texas-Dallas, Richardson, TX 75080-3021 | 972-883-2730 |

| ADDRESS (Street, City, State, Zip Code) | FAX (Include Area Code) |
|---|---|
| 800 W. Campbell Road, HH32, Richardson, TX | 972-883-4330 |

### PART II – TO BE COMPLETED BY STATE LICENSURE/CERTIFICATION ENTITY

**TEST OF BASIC SKILLS VERIFICATION:** Please verify that the above-named applicant has successfully completed a test of basic skills at the time of initial licensure in your state. Successful completion of the test must have resulted in licensure in your state. Sign, date, and affix the department's official seal to the form and e-mail it to the Educator Effectiveness Division at licensureforms@isbe.net. Forms returned to the applicant will not be honored.

☐ **Yes**, this individual has passed a test of basic skills that resulted in initial licensure in this state.

   Name of the test: (e.g., Praxis I): _____

   Date test was passed: _____

☐ **No**, this individual has not passed a test of basic skills for initial licensure in this state.

| NAME OF LICENSURE/CERTIFICATION ENTITY | TELEPHONE (Include Area Code) |
|---|---|
| | |
| NAME OF AUTHORIZED OFFICIAL | FAX (Include Area Code) |
| | |
| TITLE | E-MAIL |
| | |

_____          _____
           *Date*                              *Original Signature of Authorized Official*

6/26/2019

Mail - qeaniece carter - Outlook

Outlook

+ New message

| | |
|---|---|
| Inbox | 635 |
| Junk Email | |
| Drafts | |
| Sent Items | |
| Deleted Items | 78 |
| Archive | |
| Conversation Hist... | |
| health | |
| jobSearch | |
| Licenses | |

Upgrade to Office 365 with premium Outlook features

↰ Reply ⌄   🗑 Delete   📁 Archive   ⊘ Junk ⌄   ↪ Move to ⌄   ⊘ Categorize ⌄

⊕ Bray, Carolyn ✕

## attachments regarding teaching certification and testing verifications

No it wasn't made clear then. According to Barbara, it is a grade of "C" or better now your s....

Mon 6/24/2019 5:02 PM

**Ashmore, Barbara**
Mrs. Carter, Thank you for the phone call earlier today when I was attempted to explain wh....

Mon 6/24/2019 4:20 PM

**Bray, Carolyn <csbray@utdallas.edu>**
Mon 6/24/2019 3:38 PM
You: denecec@yahoo.com; Pollock, Laurie; Ashmore, Barbara; Fair, George »

Geaniece,

UTD requires all of our students to have an A or B in Student Teaching to be recommended for certification.  The university does not recommend anyone for certification. The Certification Officer is accountable to TEA and recommends all students for certification who apply to TEA and pay their fees, if they have made an A or B in Student Teaching.  I am sure the former Certification Officer  made that clear to all students in the 2004 fall term.

Dr. Bray

Carolyn Bray, PhD
Asst. Director, Teacher Development Center
Certification and Accountability Officer
University of Texas at Dallas
Office: 972-883-2730
FAX: 972-883-4330

6/25/2019

https://outlook.live.com/mail/inbox/id/AAQkADAwATY0MDABLTgxNGUtNjRiNS00MAItMDAKABAAN9cHqmwiQ7encFnIQAG1Ow%3D%3D

Mail - geaniece carter - Outlook

CORRECTION----FW: attachments regarding teaching certification and testing verifications

Ashmore, Barbara <baa067000@utdallas.edu>
Mon 6/24/2019 4:43 PM
You; Fair, George; Bray, Carolyn; Pollock, Laurie ¥

Mrs. Carter,

Thank you for the phone call earlier today when I was attempted to explain why we unable to comply with your request, that we complete the Illinois Approved Program Completion Standards of Verification and Out of State Basic Skills Verify documents the for your teacher licensure in Illinois.

In fall 2004 you earned a D+ in ED 4694, Student Teaching, Student Teaching Secondary. All student teachers must not only pass both state required licensure exams prior to student teaching, but also earn either an A or B in student teaching in order to be recommended to TEA for teacher licensure. I am sure the Certification Officer in 2004 informed all students of this fact.

Passing your required licensure tests in Texas did not result in your teacher licensure, therefore we can NOT sign documents saying that passing these exams did result in your licensure as teacher in Texas. You were NOT recommended for teacher licensure in Texas because you did not earn an A or B in student teaching.

*Dr. Ashmore*

*"Better than a thousand days of diligent study si one day with a great teacher."*

*------Japanese Proverb*

1/1

# TEA

**Texas Education Agency**

Commissioner Mike Morath

1701 North Congress Avenue • Austin, Texas 78701-1494 • 512-463-9734 • 512 463-9838 FAX • tea.texas.gov

06/25/19

To Whom It May Concern:

This letter will verify exam(s) taken and the score(s) for any of the following examinations in the Texas Educator Certification Program listed below:

- Examination for the Certification of Educators in Texas (ExCET)
- Texas Examinations of Educator Standards (TExES)
- Texas Oral Proficiency Test (TOPT)
- The Texas Examinations for Master Teachers (TExMaT)
- Texas Examinations of Current Administrators and Teachers (TECAT)

Educator Information: **SSN** ████████  **First Name:** Geaniece  **Last Name:** Carter

Test Results

| Type | Code | Description | Admin Date | Result | Score | Institution | Cert Rt |
|------|------|-------------|------------|--------|-------|-------------|---------|
| TEXES | 131 | English Language Arts and Reading 8-12 | 10/04/2003 | Fail | 228 | University of Texas - Dallas | 24 Post Bacc with Content Prep , UBI |
| TEXES | 131 | English Language Arts and Reading 8-12 | 12/06/2003 | Fail | 219 | University of Texas - Dallas | 27 Post Bacc without Content Prep, UBI |
| TEXES | 131 | English Language Arts and Reading 8-12 | 02/28/2004 | Pass | 241 | University of Texas - Dallas | 24 Post Bacc with Content Prep , UBI |
| TEXES | 130 | Pedagogy and Professional Responsibilities 8-12 | 10/04/2003 | Fail | 230 | University of Texas - Dallas | 01 University Based Initial |
| TEXES | 130 | Pedagogy and Professional Responsibilities 8-12 | 12/06/2003 | Pass | 263 | University of Texas - Dallas | 01 University Based Initial |

Elza Romero

Program Specialist IV
Educator Standards, Testing, and Preparation
Texas Education Agency
512-463-9039

https://mail.yahoo.com/d/folders/1/messages/18608?guce_referrer=aHR0cHM6Ly9zd2cbpbi55YWhvby5jb20v&guce_referrer_sig=AQAAANZaluHEsl22fol0FDKTOEyZivp_Cs2YyOzc5TFxNsxsR20n1Dg...

3/26/2019

(1,484 unread) - denecec@yahoo.com - Yahoo Mail

1/1

*Ex. 3*

**Inbox**          999+

Unread

Starred

Drafts

Sent

Archive

Spam

Trash

∧ Less

Views          Show

Folders          Hide

+ New Folder

Oprah          14

recipes          915

records          30

Compose

Find messages, documents, photos or people

← Back   ↩ ↪ ↓   📥 Archive   📁 Move   🗑 Delete   ⊘ Spam

attachments regarding teaching
certification and testing verifications
10

**geaniece carter** Ms. Laurie Pollock          Jun 24 at 11:38 AM
Yahoo/Inbox

**Ashmore, Barbara** <baa06700          +7 from **Ashmore,, Bray, me**
**To:** denecec@yahoo.com,
geaniece carter
**Cc:** Fair, George,
Pollock, Laurie, Bray, Carolyn                    Jun 24 at 5:33 PM

Mrs. Carter,

I am sorry but you has misquoted me regarding the "C." A
grade of "C" or your D+ is technically a passing grade.
However to be recommended for certification a student
cannot earn a grade lower than a B- in student teaching.
This has always been the program requirement.

As I read the Illinois document's, they use the language--
successful testing resulting in licensure. While your testing
was successful, it did not result in your licensure. You are
not licensed as a teacher in Texas and we cannot sign
anything that says or implies you are.



**Barbara Ashmore** 🔍
baa06700@utdallas.edu

🏠 Home

⚙

6/26/2019

**geaniece carter**  🔍

geaniece@hotmail.com
(313) 290-3009

Find messages, documents, photos or people   ∨

Compose

| Inbox | 999+ |
| Unread | |
| Starred | |
| Drafts | |
| Sent | |
| Archive | |
| Spam | |
| Trash | |

∧ Less

Views          Show   Hide

Folders

+ New Folder

| Oprah | 14 |
| recipes | 915 |
| records | 30 |

← Back   ↖ ↗ ↓   🗄 Archive   📁 Move   🗑 Delete   ✖ Spam   ∨

I spoke with Ginger last week, School of Interdisciplinary Studies, regarding the teacher education program I stated over 12 years ago. I have since then found my test scores and an up to date transcript. I tested for Pedagogy & Professional Resp 8-12 and English Language Arts 8-12 both showing my passing scores.

Apparently the State of Illinois never received the transcript that shows my passing grade in "Student teaching"; my supervisor was Dr. George Fair. A transcript was sent by UT Dallas with a grade of NR which I am assuming stands for "No Record." Since I completed the program and passed both required tests, I should have received Teacher Certification in state of Texas therefore I am applying.

The State of Illinois is requesting that you complete the attached, State Approved Program and Completion of Standard Verification form, and return the completed form to them as soon as possible. You may also need to complete the Out of State Test of Basic Skills Verification form to verify my test completion and passing.

Attached are copies of my transcript and copies of my test scores. Please contact me regarding my certification in the state of Texas. Due to the schools neglect in sending the correct transcript, I was robbed the opportunity to teach for the past 12 years.

s/Geaniece D Carter
PO Box 361184
Grosse Pointe Farms, MI 49236
313-290-3009
geaniece@hotmail.com
June 24, 2019



📥 Download all attachments as a zip file

...yahoo.com/d/folders/1/messages/186087?.guce_referrer=aHR0cHM6Ly9sb2dpbi55YWhvdv5iZi2v0v&guce_referrer_sig=AQAAAN7AIuiHFsP2%60FiDfXKTOFv2hn_O2PVsO2r5TFyNsxR22h1bo



Find messages, documents, photos or people          ▼                                    Home

Compose          ← Back  ↰  ↞  →  📥 Archive  ➡ Move  🗑 Delete  ⚠ Spam  📇  ▤  📄          ⚙

Inbox        999+      RE: endorsement - 288306  6              Yahoo/Sent

Unread
Starred               **Clark, Alex (MDE)**  Hello, Ms. Carter  📎     Jul 23 at 11:47 AM
Drafts          4
Sent                  **geaniece carter** <denecec@y:  📇 📎    Jul 23 at 11:58 AM
Archive               **To:** Clark, Alex (MDE)
Spam
Trash                 What is it that my transcript does not show? It shows my classes, my
                      student teaching and my testing shows grade levels and so does the
∧ Less                classes. I don't understand what is it that you need or why you need a
                      letter?
Views        Hide
                      Ms Carter
🖼 Photos
📄 Documents           ∨ Hide original message
✂ Deals
📇 Purchases           On Tuesday, July 23, 2019, 11:47:02 AM EDT, Clark, Alex (MDE)
🛒 Groceries           <ClarkA21@michigan.gov> wrote:
✈ Travel
❓ Tutorials           Hello, Ms. Carter:

                      Thank you for following up.
Folders      Hide
+ New Folder          Our office received your official transcript from the University
  Oprah        14     of Texas at Dallas.  Unfortunately, information is missing
                      from the transcript.  As a result, your evaluator, Ms. Melaney
  recipes     915     Love, requested the letter from the University.
  records      30
                      Please provide a letter from the Dean of the College of
                      Education at your University verifying you completed a
                      Texas-approved teacher preparation program.  Additionally
                      the letter must specify the grade levels and content area(s)
                      the program prepared you to teach.

                      Having 20 or more credits in a content area does not lead to
                      certification.  Our office must have confirmation of a
                      completed state-approved teacher certification program, and
                      unfortunately the transcript does not confirm an approved
                      program was completed.

                      Please let me know if you have additional questions.

                      Alex Clark
                      Education Consultant, Office of Educator Excellence
                      Michigan Department of Education

**geaniece carter** 🔍
denecec@yahoo.com
(313) 290-3009

**Back to 2004-2006 Catalog Contents**
Education Course Listing
Graduate Program in Interdisciplinary Studies, Graduate Instruction in Education, Teacher Development

# Graduate Instruction in Education

http://www.utdallas.edu/teach
Associate Dean of School of General Studies and Director for Teacher Development: Scherry F. Johnson

## Faculty

**Professors**: George W. Fair, Dean of School of General Studies
**Associate Professors**: Scherry F. Johnson, Associate Dean and Director
**Senior Lecturers**: Patricia Leek, Angela McNulty, Nancy Van, Rebekah K. Nix, Candice Chandler

## Objectives

In order to meet the demand for well-prepared educators in Texas� Pre K-12 schools, The University of Texas at Dallas offers selected academic specializations with complementary advanced education coursework which prepares the student for teacher certification in Texas. These programs have been designed to expand the state�s capacity for highly-trained teachers and administrators, improve the performance of Texas students at all levels and support the advanced degree requirements of school districts in the University�s service area.

### Post-Baccalaureate Program for Teacher Certification

Persons who already have baccalaureate degrees may seek teacher certification through UT Dallas.� Students must meet UTD Teacher Development Center entrance requirements to be admitted into the teacher certification program.�

Many professional education courses required for initial teacher certification are offered at the Master�s level for Post-Baccalaureate students, providing the option of counting at least part of the initial certification course work toward a MAIS Degree.� Post-Baccalaureate students should consult with an advisor in the Teacher Development Center after they are admitted to The University of Texas at Dallas through the UTD Admission Office.�

Students who choose to take their professional education courses at the graduate level must meet the 24-semester hour requirements in a teaching field and pass the state mandated content examination while taking their professional education courses.�� Most education courses offered at the graduate level prepare post-baccalaureate students for certification with teaching specialties in Grades 8 � 12 and Grades 4 � 8.� Post-baccalaureate students seeking teaching certification for EC � 4th Grade will have more upper-division undergraduate coursework but some of the required professional education courses are offered at the graduate level. �

 Student teaching or a supervised internship (6 SCH) will be required of all students in the UTD Teacher Certification program.� Qualified post-baccalaureate students may choose to take this course at the graduate level which has different requirements than the similar course for undergraduates.� All post-baccalaureate students in the teacher certification program must demonstrate computer literacy and effective public speaking.

Visit www.utdallas.edu/teach for the most current information and course requirements.

### Master of Arts in Interdisciplinary Studies

Individuals pursuing an advanced degree should consider programs leading to a Master of Arts in Interdisciplinary Studies degree in the School of General Studies or the Master of Arts in Teaching degree in Humanities, Mathematics Education, or Science Education. The M.A.T. is aimed at developing a master teacher whose competence in the discipline is enhanced by the ability to create an effective teaching environment. Certification requirements can also be used to fulfill some graduate degree requirements. Requirements for the M.A.T. degree may require some professional education course work. Interested students should contact an advisor in the School of Arts and Humanities, the Department of Science/Mathematics Education, or the School of General Studies.

�

# Graduate Instruction in Education

http://www.utdallas.edu/teach

**Associate Dean** of School of General Studies and Director for Teacher Development: Scherry F. Johnson

## Faculty

**Professors:**⬦ George W. Fair, Dean of School of General Studies

**Associate Professors:** ⬦Scherry F. Johnson, Associate Dean and Director

**Senior Lecturers:** ⬦Patricia Leek, Angela McNulty, Nancy Van, Rebekah K. Nix, Candice Chandler, Penny Sanders

## Post-Baccalaureate Program for Teacher Certification

Persons who already have baccalaureate degrees may seek teacher certification. They should consult with an advisor in the Teacher Development Center to develop a certification plan after they have been admitted to the university through the Office of Admissions. Post-baccalaureate students may complete the required 18 semester hours of professional education course work at the graduate level and apply most of these hours toward a Master of Arts in Interdisciplinary Studies degree, or they have the option of taking many of these courses at the undergraduate level if they do not wish to pursue a master⬦s degree. See the U.T. Dallas Graduate Catalog for details.

Post-Baccalaureate students must meet the 24 semester hours requirement in the appropriate teaching field. A certification plan will be developed based on an evaluation of the student⬦s transcript. When appropriate, students may take the required courses in their teaching field(s) at the graduate or undergraduate level. Post-Baccalaureate students must demonstrate computer literacy, effective public speaking, and complete 12 semester hours of English. ⬦ All students must fulfill the U.T. Dallas requirements for student teaching or supervised internship.

See the website ⬦ http://www.utdallas.edu/teach for the most current information and course requirements.

## Graduate Degrees

Individuals pursuing an advanced degree should consider programs leading to a Master of Arts in Interdisciplinary Studies degree in the School of General Studies or the Master of Arts in Teaching degree in Humanities, Mathematics Education, or Science Education. The M.A.T. is aimed at developing a master teacher whose competence in the discipline is enhanced by the ability to create an effective teaching environment. Certification requirements may also be used to fulfill some graduate degree requirements. Requirements for the M.A.T. degree may require additional professional education course work. Interested students should contact an advisor in the School of Arts and Humanities or Science/Mathematics Education or School of General Studies.

2002 – 2004 Ex. O

## Back to Catalog Contents

# Graduate Instruction in Education

http://www.utdallas.edu/teach
Director: Scherry F. Johnson, Teacher Development Center

## Faculty

**Professors:** George W. Fair
**Associate Professors:** Scherry F. Johnson
**Senior Lecturers:** Carolyn Bray, Patricia Leek, Angela McNulty

## Objectives

In order to meet the demand for well-prepared educators in Texas' Pre K-12 schools, The University of Texas at Dallas offers selected academic specializations with complementary advanced education coursework. These programs have been designed to expand the state's capacity for highly-trained teachers and administrators, improve the performance of Texas students at all levels and support the advanced degree requirements of school districts in the University's service area.
NOTE: At the time this catalog was printed, the courses listed were in effect. However, the State Board for Educator Certification is in the process of revising all certification/licensing requirements, and The University of Texas at Dallas will be
adapting its graduate teacher development programs to comply with state law. Please contact the Teacher Development Center for timely information.

### Master of Arts in Teaching

Individuals pursuing an advanced degree should consider programs leading to the Master of Arts in Teaching degree in Humanities, Mathematics Education, or Science Education. The M.A.T. is aimed at developing a master teacher whose competence in the discipline is enhanced by the ability to create an effective teaching environment. Certification requirements can also be used to fulfill some graduate degree requirements. Requirements for the M.A.T. degree may require some professional education course work. Interested students should contact an advisor in the School of Arts and Humanities or Science/Mathematics Education.

## Course Descriptions

**ED 5306 (MATH 5310) Seminar: The Teaching of Mathematics** (*3 semester hours*) Selection and analysis of concepts appropriate to various topics in mathematics taught in schools and community colleges. Prerequisite: One year of teaching experience in Mathematics or consent of instructor. (3-0) Y
**ED 5320 (Online Only) Issues in Educational Technology** (*3 semester hours*) This course addresses two key technological issues that directly impact education: information overload and nonlinear processing. These same challenges offer the key to effective design and integration of web-based media into the classroom learning environment. Teachers, administrators, researchers and curriculum developers will learn how to select/apply appropriate tools to enhance classroom teaching and school management. (3-0) Y
**ED 5343 Issues-Educating Gifted Persons** (*3 semester hours*) This course addresses educator's need to identify giftedness in students, explore techniques for helping students deal with their gifts and limitations, and understand and develop differentiated instruction in schools. (3-0) Y

**ED 5344 (Online Only) Chess I: Chess in the Elementary School Classroom** (*3 semester hours*) A consideration of methods for using chess to teach critical thinking, math, and reading skills in the elementary classroom, based upon the curricular model developed by McNeil.◆ This course is also appropriate for chess instructors who wish to incorporate additional academic and humanistic goals into their programs.◆ No previous knowledge of chess is required.◆ This course is offered exclusively through distant learning delivery via the UT TeleCampus.◆ www.telecampus.utsystem.edu (3-0) R

**ED 5345 (Online Only) Chess II: Institutional and Cultural Contexts of Chess** (*3 semester hours*) A consideration of the cultural role of chess as a combination of game, art, sport, and science using the interdisciplinary methods of arts and humanities.◆ This course will also explore practical resources for teachers from local and national chess organizations, foundations, and associations. No previous knowledge of chess is required. The course is offered exclusively through distance learning delivery via the UT TeleCampus. www.telecampus.utsystem.edu (3-0) R

**ED 5370 Classrooms Management** (*3 semester hours*) Designed to expand the skills of teachers and prospective school leaders with conceptual and human-interaction skills necessary for classroom and school improvement. Emphasis on innovative school reform and classroom management. (3-0) R

**ED 5V01 Independent Study** (*1-6 semester hours*) (May be repeated for credit.) ([1-6]-0) R

**ED 5V02 Special Topics in Education** (*1-3 semester hours*) (May be repeated for credit to a maximum of 9 hours.) ([1-3]-0) R

**ED 6307 Planning Administration** (*3 semester hours*) Foundational course for school leadership. Study ways that planning and governance are informed by data collection, analysis, and information-use strategies in order to improve schools and school systems. (3-0) R

**ED 6323 School Law** (*3 semester hours*) Legal basis for organizing and administering public school systems; statutes and court decisions affecting educational functions. (3-0) R

**ED 6326 Public School Finance** (*3 semester hours*) Study of the financial basis for public education and the policy and political environments in which financial support is developed and administered. (3-0) R

**ED 6V01 Special Topics in Education** (*1-9 semester hours*) Topics vary from semester to semester. May be repeated for credit as topics vary. ([1-9]-0) S



## *Post-Baccalaureate Program*

Persons who already have baccalaureate degrees may seek teacher certification.◆ They should consult with an advisor in the Teacher Development Center at least one semester prior to the semester in which they wish to enroll to discuss various options available to them.◆ Students must complete the required 18 semester hours of professional education course work at the undergraduate level and must meet the 24-semester hour requirements in one or two teaching fields.◆ When appropriate, students may take the required courses in their teaching field(s) at the graduate or undergraduate level.◆ Post-baccalaureate students must demonstrate computer literacy and effective public speaking.◆ Students must meet UTD Teacher Development Center entrance requirements to be admitted into the teacher certification program.◆ See the website for the most current information.

## *English as a Second Language*

English as a Second Language Supplemental Certificate can be added to existing elementary, secondary, or all-level certificates, to Grade EC-4 Generalist or the Grades 4-8 Generalist Certificates, or to Grades 4-8 or Grades 8-12 Content Area Certificates.

**ED 5353 (HUED 5353) Teaching English as a Second Language** (*3 semester hours*) The investigation of modern techniques of teaching English to speakers of other languages. Students will develop materials relating to language learning,

language testing, and analyzing differences among languages. (3-0) Y

(Choose One)

*әфит Ex. О*

# Course Descriptions

**ED 5300 Teaching English Language Arts and Reading in Grades 8 – 12** *(3 semester hours)* Developing appropriate teaching strategies and curriculum units in English and Language Arts for grades 8 -12.  Curriculum tracks Texas Essential Knowledge and Skills*.*  A minimum of 20 clock hours of field experience is required and prerequisite for a grade. (3-0) S

**ED 5305 Teaching of Science** *(3 semester hours)* Developing appropriate teaching strategies and curriculum units in Science for Grades 4 -12.  Curriculum tracks Texas Essential Knowledge and Skills.  A minimum of 20 clock hours of field experience is required and prerequisite for a grade. (3-0) Y

**ED 5306 Teaching Mathematics in Secondary Schools** *(3 semester hours)* Developing appropriate teaching strategies and curriculum units in Mathematics for grades 8 -12.  Curriculum tracks Texas Essential Knowledge and Skills.  A minimum of 20 clock hours of field experience is required and prerequisite for a grade. (3-0) Y

***ED 5307 Teaching of History and Social Studies*** *(3 semester hours)* Developing appropriate teaching strategies and curriculum units in History and Social Studies for grades 8 -12.  Curriculum tracks Texas Essential Knowledge and Skills.  A minimum of 20 clock hours of field experience is required and prerequisite for a grade. (3-0) Y

**ED 5310 (MATH 5310) Seminar: The Teaching of Mathematics** *(3 semester hours)* Selection and analysis of concepts appropriate to various topics in mathematics taught in schools and community colleges. Prerequisite: One year of teaching experience in Mathematics or consent of instructor. (3-0) Y

**ED 5318 Supervised Teaching Internship** (3 semester hours) Students are hired by a partner school district *as a teacher of record* with university supervision, workshops, and mentoring during the two semesters they are enrolled in this course.  Student will also enroll in ED 5319 the second semester of the Internship.  Prerequisite: Admission to internship program and  passing scores on both state required TExES examinations. (3-0) Y

**ED 5319 Supervised Teaching Internship II** (3 semester hours) The second semester of supervised teaching internship.  Prerequisite: successful completion of ED 5318 (3-0) Y

**ED 5320 (Online Only) Issues in Educational Technology** *(3 semester hours*) This course addresses two key technological issues that directly impact education: information overload and nonlinear processing.  These same challenges offer the key to effective design and integration of web-based media into the classroom learning environment.  Teachers, administrators, researchers and curriculum developers will learn how to select/apply appropriate tools to enhance classroom teaching and school management.  (3-0) Y

**ED 5630 Supervised Teaching Internship** *(6 semester hours)* Students are hired by a partner school district as a teacher of record with university supervision, workshops, and mentoring during the semester they are enrolled in this course.  Prerequisite: Admission to internship program. (6-0) S

***ED 5344 (Online Only) Chess I:  Introduction*** *(3 semester hours*) A consideration of methods for using chess to teach critical thinking, math, and reading skills in the elementary classroom, based upon the curricular model developed by McNeil. This course is also appropriate for chess instructors who wish to incorporate additional academic and humanistic goals into their programs.  No previous knowledge of chess is required.  This course is offered exclusively through distant learning delivery via the UT TeleCampus.  www.telecampus.utsystem.edu (3-0) R

the second semester of the Internship. Prerequisite ◆ passing scores on both state required TExES examinations. (3-0) Y

**ED 53XX Supervised Teaching Internship II** (3 semester hours) The second semester of supervised teaching internship. ◆ Prerequisite: successful completion of ED 53XX (3-0) Y

**ED 5630 Supervised Teaching Internship** *(6 semester hours)* Students are hired by a partner school district as a teacher of record with university supervision, workshops, and mentoring during the semester they are enrolled in this course.  Prerequisite: Admission to internship program. (6-0) S

**ED 5320 (Online Only) Issues in Educational Technology** *(3 semester hours)* This course addresses two key technological issues that directly impact education: information overload and nonlinear processing.  These same challenges offer the key to effective design and integration of web-based media into the classroom learning environment.  Teachers, administrators, researchers and curriculum developers will learn how to select/apply appropriate tools to enhance classroom teaching and school management.  (3-0) Y

**ED 5343 Issues-Educating Gifted Persons** *(3 semester hours)* This course addresses educators◆ need to identify giftedness in students, explore techniques for helping students deal with their ◆gifts◆ and limitations, and understand and develop differentiated instruction in schools. (3-0) Y

**ED 5344 (Online Only) Chess I:  Introduction** *(3 semester hours)* A consideration of methods for using chess to teach critical thinking, math, and reading skills in the elementary classroom, based upon the curricular model developed by McNeil.  This course is also appropriate for chess instructors who wish to incorporate additional academic and humanistic goals into their programs.  No previous knowledge of chess is required.  This course is offered exclusively through distant learning delivery via the UT TeleCampus. www.telecampus.utsystem.edu (3-0) R

**ED 5345 (Online Only) Chess II: Institutional and Cultural Contexts of Chess** *(3 semester hours)* A consideration of the cultural role of chess as a combination of game, art, sport, and science using the interdisciplinary methods of arts and humanities.  This course will also explore practical resources for teachers from local and national chess organizations, foundations, and associations. No previous knowledge of chess is required.  The course is offered exclusively through distance learning delivery via the UT TeleCampus. www.telecampus.utsystem.edu (3-0) R

**ED 5370 Classroom Management** *(3 semester hours)* Designed to expand the skills of teachers and prospective school leaders with conceptual and human-interaction skills necessary for classroom and school improvement. Emphasis on innovative school reform and classroom management. *(3-0) R*

**ED 5V01 Independent Study** *(1-6 semester hours)* (May be repeated for credit.) ([1-6]-0) R

**ED 5V02 Special Topics in Education** *(1-3 semester hours)* (May be repeated for credit to a maximum of 9 hours.) ([1-3]-0) R

**ED 5317◆  History and Philosophy of American Public Schools** *(3 semester hours)* Survey of the history and philosophies that serve as the foundation for the contemporary American public school; general laws and governance structures that manage this system and the role of the teacher in the system.◆ Mandatory 20 hours of field experience associated with this class and prerequisite for a grade.◆ (3-0) Y

**ED 6307 Planning Administration** *(3 semester hours)* Foundational course for school leadership. Study ways that planning and governance are informed by data collection, analysis, and information-use strategies in order to improve schools and school systems. (3-0) R

**ED 6323 School Law** *(3 semester hours)* Legal basis for organizing and administering public school systems; statutes and court decisions affecting educational functions. (3-0) R

**ED 6326 Public School Finance** *(3 semester hours)* Study of the financial basis for public education and the policy and political environments in which financial support is developed and administered. (3-0) R

**ED 6V01 Special Topics in Education** *(1-9 semester hours)* Topics vary from semester to semester. May be

*Ex. P*

# SCHOOL OF GENERAL STUDIES

The Graduate Program in Interdisciplinary Studies, leading to the degree of Master of Arts in Interdisciplinary Studies, is designed for students who wish to continue their intellectual development within an interdisciplinary framework and for those with specialized training who wish to broaden their education. The objective of the program is to provide students the opportunity to develop an approach to topics and problems from the perspectives of more than one discipline and to develop a better understanding of many of the social, cultural, and scientific forces which affect the individual and society.

## Teacher Development Center

The University offers opportunities in selected fields for teachers and other school personnel to earn advanced degrees, additional certification, and certificate endorsements.

Students wishing to pursue an advanced degree should consider programs leading to the Master of Arts in Teaching (M.A.T.) degree in Humanities, Science Education, or Mathematics Education. Students enrolling for one of these degrees should consult the appropriate subject area in this catalog. Students pursuing coursework leading to additional certificate endorsement or initial certification should seek counsel in the Teacher Development Center early in their programs of study. Tel: (972) 883-2730.

## DEGREES OFFERED

Master of Arts in Interdisciplinary Studies
Graduate Instruction in Education

2004 — 2006

CONT EX P

198 Interdisciplinary Studies

# Graduate Program in Interdisciplinary Studies
http://www.utdallas.edu/dept/gs/
## Faculty
All faculty in the university are eligible to participate.

**Professors**: George W. Fair, Karen J. Prager, Lawrence J. Redlinger

**Associate Professor**: Scherry F. Johnson, Erin A. Smith

**Senior Lecturers**: Susan P. Chizeck, Dachang Cong, Elizabeth M. Salter, Penny G. Sanders

## Objectives
The Graduate Program in Interdisciplinary Studies, leading to the degree of Master of Arts in Interdisciplinary Studies, is designed for students who wish to continue their intellectual development within an interdisciplinary framework and for those with specialized training who wish to broaden their education. The objective of the program is to provide students the opportunity to develop an approach to topics and problems from the perspectives of more than one discipline and to develop a better understanding of many of the social, cultural, and scientific forces which affect the individual and society.

## Admission Requirements
The University's general admission requirements are discussed on page 13.
For admission to the program, the student must have a bachelor's degree from an accredited institution, with a grade average of B or better. A verbal plus quantitative GRE score of 1000 (or equivalent examination) is advisable based on our experience with student success in the program.. All students not meeting the above criteria are considered on an individual basis. A student who has a deficit in either GRE score or grade point average may be conditionally admitted to the program.

## Degree Requirements
The University's general degree requirements are discussed on page 18.
For the degree of Master of Arts in Interdisciplinary Studies, 36 hours of course work must be completed. These hours are distributed as follows:

**Interdisciplinary Seminars (3 hours)**
In the first year the student must complete an interdisciplinary seminar (MAIS 5300, 5301 or 5305). The seminars are designed to introduce students to graduate work and to give them experience in interdisciplinary approaches to subjects and problems.

**Core Requirements (9 hours)**
From the graduate courses offered in this catalog, the student selects, in consultation with the adviser, at least three hours each from at least two of the following areas: Behavioral Sciences, which includes courses in Communication Disorders, Human Development, and selected courses in Education; Humanities, which includes Aesthetic Studies, History of Ideas, and Studies in Literature; Natural Sciences and Mathematics, which includes courses in Biology, Chemistry, Geosciences, Mathematical Sciences, Physics, and selected courses in Science Education; Social Sciences, which includes courses in Public Affairs; Management, which includes Management and International Management Studies; and Engineering and Computer Science.

**Concentration (12 hours)**
From the graduate courses offered in this catalog, the student selects, in consultation with the adviser, at least 12 additional hours of course work in one or two of the general areas listed above.

**Electives (6 hours)**
From the graduate courses offered in this catalog, the student selects, in consultation with the adviser, at least six semester hours of courses.

**Capstone Seminar and Research Project (6 hours)**
The seminar and project are the culmination of the student's program. The seminar includes readings in, and discussion of, interdisciplinary theory and preparation for the research project. Each student will develop a research topic which lends itself to an interdisciplinary approach. The topic should be sufficiently broad to draw upon knowledge and techniques gained throughout the program. To complete the project, students should synthesize and integrate information from various sources, utilizing different methodologies, and thus draw conclusions which present a new perspective on the topic as a result of this interdisciplinary approach.

# Graduate Program in Interdisciplinary Studies

At the beginning of the degree program each student participates in a specially designed interdisciplinary seminar on topics related to the development of human beings and their world. At the end of the program, each student participates in a capstone seminar and completes an interdisciplinary research project. The remainder of the program is individually designed by the student, in consultation with the adviser, to meet particular personal interests and professional needs.

# Course Descriptions

**MAIS 5300 Interdisciplinary Seminar** (3 semester hours) Topics will vary each semester. (May be repeated for credit.) (3-0) S

**MAIS 5301 Seminar on Close Relationships** (3 semester hours) An examination of the psychological, sociological, economic, and philosophical approaches to the study of close relationships. Specific issues that will be discussed include male-female differences, intimacy and self-disclosure, loneliness, conflict. (3-0) Y

**MAIS 5302 Capstone Seminar** (3 semester hours) Topics will vary. The seminar includes discussion of interdisciplinary theory and preparation for a research project. Must be taken in the student's next-to-last semester. (3-0) S

**MAIS 5303 Research Project** (3 semester hours) Completion of an interdisciplinary research project. Prerequisite: MAIS 5302. (Students on academic probation may not enroll for MAIS 5303.) (3-0) S

**MAIS 5V04 Independent Study** (1-6 semester hours) Available only to meet particular curricular needs of an individual degree plan. Prerequisite: consent of instructor and approval of MAIS adviser. (May be repeated for credit.) ([1-6]-0) S

**MAIS 5310 Negotiation and Conflict Resolution** (3 semester hours) An exploration of the dynamics of conflict resolution from the smallest of interpersonal disputes to those of global dimensions. Focus is on the evolution and employment of peaceful techniques for settling disputes and their substitution for the more violent forums of conflict resolution through force. (3-0) Y

**MAIS 5311 Business and Competitive Intelligence** (3 semester hours) Explores the acquisition of regular and sensitive information and the ethics of the means used to obtain and exploit it. As in many other spheres of human activity, while most of the information necessary to the making of useful informed business decisions lies within the public domain, what is required is a thorough understanding of the sources and the methods to exploit them since over the past two decades, the acquisition, storage and retrieval of all kinds of business intelligence have changed substantially. (3-0) Y

**MAIS 5313 Doing Business in Greater China** (3 semester hours). A study of Mainland China, Taiwan, and Hong Kong with the focus on economic development and current participation in the global economy. The course reviews the experience of multinational corporations and examines strategies of doing business in Greater China. The course also explores how the digital revolution reshapes the three economies. (3-0) R

**MAIS 5320 Special Topics in Interdisciplinary Studies** (3 semester hours) Topics will vary each semester. May be repeated for credit. (3-0) S

**MAIS 5307 Ethics and Law** (3 semester Hours) An exploration of the ethical foundations of the law and the institutions through which it is created and administered. It will examine the principles upon which our notions of justice rest and inquire how and why these fundamentals may have changed in our own times.

**MAIS 5308 Law and Psychiatry** (3 semester hours) Covers a wide-ranging field of subject matter in both law and medicine. The primary focus will be upon issues of public concern such as the death penalty; the causes of social and interpersonal violence; drug and alcohol abuse; aberrant sexual behavior; and the direction law and society might take on these and other issues.

**MAIS 5316 Managing The Digital Economy** (3 semester hours) Examines how the digital economy (chip-making, computing, IT services, and telecommunications) has transformed American business. Knowledge workers need to cultivate skills in leadership, communication, entrepreneurship, finance, and project/workplace management.

*august Ex. P*

200 Instruction in Education

**MAIS 5330 Human Relations and Motivation in the Corporate Arena I** (3 semester hours) Addresses equal rights/opportunities of the individual, by law, in the workplace, via providing information, regarding compliance with all of the major laws that prohibit discrimination in employment. Laws to be covered: Sex Discrimination, Age Discrimination, National Origin Discrimination, Race Discrimination, Disability Discrimination, and the Civil Rights act of 1964 as amended.

**MAIS 5331 Human Relations and Motivation in the Corporate Arena II** (3 semester hours) Second course in two-part session. Addresses equal rights/opportunities of the individual, by law, in the workplace, via providing information, regarding compliance with all of the major laws that prohibit discrimination in employment.

# Graduate Instruction in Education

### http://www.utdallas.edu/teach

**Associate Dean** of School of General Studies and Director for Teacher Development: Scherry F. Johnson

## Faculty

**Professors:** George W. Fair, *Dean of School of General Studies*

**Associate Professors:** Scherry F. Johnson, Associate Dean and Director

**Senior Lecturers:** Patricia Leek, Angela McNulty, Nancy Van, Rebekah K. Nix, Candice Chandler, Penny Sanders

### Post-Baccalaureate Program for Teacher Certification

Persons who already have baccalaureate degrees may seek teacher certification. They should consult with an advisor in the Teacher Development Center to develop a certification plan after they have been admitted to the university through the Office of Admissions. Post-baccalaureate students may complete the required 18 semester hours of professional education course work at the graduate level and apply most of these hours toward a Master of Arts in Interdisciplinary Studies degree, or they have the option of taking many of these courses at the undergraduate level if they do not wish to pursue a master's degree. See the U.T. Dallas Graduate Catalog for details.

Post-Baccalaureate students must meet the 24 semester hours requirement in the appropriate teaching field. A certification plan will be developed based on an evaluation of the student's transcript. When appropriate, students may take the required courses in their teaching field(s) at the graduate or undergraduate level. Post Baccalaureate students must demonstrate computer literacy, effective public speaking, and complete 12 semester hours of English. All students must fulfill the U.T. Dallas requirements for student teaching or supervised internship.

See the website – www.utdallas.edu/teach for the most current information and course requirements.

### Graduate Degrees

Individuals pursuing an advanced degree should consider programs leading to a Master of Arts in Interdisciplinary Studies degree in the School of General Studies or the Master of Arts in Teaching degree in Humanities, Mathematics Education, or Science Education. The M.A.T. is aimed at developing a master teacher whose competence in the discipline is enhanced by the ability to create an effective teaching environment. Certification requirements may also be used to fulfill some graduate degree requirements. Requirements for the M.A.T. degree may require additional professional education course work. Interested students should contact an advisor in the School of Arts and Humanities or Science/Mathematics Education or School of General Studies.

# Course Descriptions

**ED 5300 Teaching English Language Arts and Reading in Grades 8 – 12** (3 semester hours) Developing appropriate teaching strategies and curriculum units in English and Language Arts for grades 8 -12.  Curriculum tracks Texas Essential Knowledge and Skills.  A minimum of 20 clock hours of field experience is required and prerequisite for a grade. (3-0) S

**ED 5305 Teaching of Science** (3 semester hours) Developing appropriate teaching strategies and curriculum units in Science for Grades 4 -12.  Curriculum tracks Texas Essential Knowledge and Skills.  A minimum of 20 clock hours of field experience is required and prerequisite for a grade. (3-0) Y

**ED 5306 Teaching Mathematics in Secondary Schools** (3 semester hours) Developing appropriate teaching strategies and curriculum units in Mathematics for grades 8 -12.  Curriculum tracks Texas Essential Knowledge and Skills.  A minimum of 20 clock hours of field experience is required and prerequisite for a grade. (3-0) Y

**ED 5307 Teaching of History and Social Studies** (3 semester hours) Developing appropriate teaching strategies and curriculum units in History and Social Studies for grades 8 -12.  Curriculum tracks Texas Essential Knowledge and Skills.  A minimum of 20 clock hours of field experience is required and prerequisite for a grade. (3-0) Y

**ED 5310 (MATH 5310) Seminar: The Teaching of Mathematics** (3 semester hours) Selection and analysis of concepts appropriate to various topics in mathematics taught in schools and community colleges. Prerequisite: One year of teaching experience in Mathematics or consent of instructor. (3-0) Y

**ED 5314  Science Methods for the Middle School Grades 4-8** *(3 semester hours) Developing appropriate* teaching strategies and curriculum units in Science for grades 4-8.  Curriculum tracks Texas Essential Knowledge and Skills for these grades.  A minimum of 20 clock hours of field experience is required and prerequisite for a grade. (3-0) R

**ED 5315 Math Methods for the Middle School Grades 4-8** (3 semester hours) Developing appropriate teaching strategies and curriculum units in Math for grades 4-8.  Curriculum tracks Texas Essential Knowledge and Skills for these grades.  A minimum of 20 clock hours of field experience is required and prerequisite for a grade. (3-0)Y

**ED 5316 Language Arts Methods for Middle School Grades 4-8** (3 semester hours) Developing appropriate teaching strategies and curriculum units in Language Arts for grades 4-8.  Curriculum tracks Texas Essential Knowledge and Skills for these grades.  A minimum of 20 clock hours of field experience is required and prerequisite for a grade. (3-0) Y

**ED 5311  Science Methods – EC – 4** (3 semester hours) Developing appropriate teaching strategies and curriculum units in Science for grades EC - 4.  Curriculum tracks Texas Essential Knowledge and Skills for these grades. (3-0) R

**ED 5312  Math Methods – EC– 4** (3 semester hours) Developing appropriate teaching strategies and curriculum units in Math for grades EC - 4.  Curriculum tracks Texas Essential Knowledge and Skills for these grades. (3-0) R

**ED 5313  Language Art/Social Studies Methods – EC-4** (3 semester hours) Developing appropriate teaching strategies and curriculum units in Language Art/Social Studies for grades EC – 4.  Curriculum tracks Texas Essential Knowledge and Skills for these grades. (3-0) R

**ED 53XX Supervised Teaching Internship** (3 semester hours) Students are hired by a partner school district as a teacher of record with university supervision, workshops, and mentoring during the two semesters they are enrolled in this course.  Prerequisite: Admission to internship program.  Student will also enroll in ED 53XX the second semester of the Internship. Prerequisite – passing scores on both state required TExES examinations. (3-0) Y

**ED 53XX Supervised Teaching Internship II** (3 semester hours) The second semester of supervised teaching internship.  Prerequisite: successful completion of ED 53XX (3-0) Y

**ED 5630 Supervised Teaching Internship** (6 semester hours) Students are hired by a partner school district as a teacher of record with university supervision, workshops, and mentoring during the semester they are enrolled in this course.  Prerequisite: Admission to internship program. (6-0) S

**ED 5320 (Online Only) Issues in Educational Technology** (3 semester hours) This course addresses two key technological issues that directly impact education: information overload and nonlinear processing.  These same challenges offer the key to effective design and integration of web-based media into the classroom learning environment.  Teachers, administrators, researchers and curriculum developers will learn how to select/apply *appropriate tools to enhance classroom teaching and school management.*  (3-0) Y

**ED 5343 Issues-Educating Gifted Persons** (3 semester hours) This course addresses educators' need to identify giftedness in students, explore techniques for helping students deal with their "gifts" and limitations, and understand and develop differentiated instruction in schools. (3-0) Y

*Qent Ex. P*

202 Instruction in Education

**ED 5344 (Online Only) Chess I: Introduction** (3 semester hours) A consideration of methods for using chess to teach critical thinking, math, and reading skills in the elementary classroom, based upon the curricular model developed by McNeil. This course is also appropriate for chess instructors who wish to incorporate additional academic and humanistic goals into their programs. No previous knowledge of chess is required. This course is offered exclusively through distant learning delivery via the UT TeleCampus. www.telecampus.utsystem.edu (3-0) R

**ED 5345 (Online Only) Chess II: Institutional and Cultural Contexts of Chess** (3 semester hours) A consideration of the cultural role of chess as a combination of game, art, sport, and science using the interdisciplinary methods of arts and humanities. This course will also explore practical resources for teachers from local and national chess organizations, foundations, and associations. No previous knowledge of chess is required. The course is offered exclusively through distance learning delivery via the UT TeleCampus. www.telecampus.utsystem.edu (3-0) R

**ED 5370 Classroom Management** (3 semester hours) Designed to expand the skills of teachers and prospective school leaders with conceptual and human-interaction skills necessary for classroom and school improvement. Emphasis on innovative school reform and classroom management. (3-0) R

**ED 5V01 Independent Study** (1-6 semester hours) (May be repeated for credit.) ([1-6]-0) R

**ED 5V02 Special Topics in Education** (1-3 semester hours) (May be repeated for credit to a maximum of 9 hours.) ([1-3]-0) R

**ED 5317 History and Philosophy of American Public Schools** (3 semester hours) Survey of the history and philosophies that serve as the foundation for the contemporary American public school; general laws and governance structures that manage this system and the role of the teacher in the system. Mandatory 20 hours of field experience associated with this class and prerequisite for a grade. (3-0) Y

**ED 6307 Planning Administration** (3 semester hours) Foundational course for school leadership. Study ways that planning and governance are informed by data collection, analysis, and information-use strategies in order to improve schools and school systems. (3-0) R

**ED 6323 School Law** (3 semester hours) Legal basis for organizing and administering public school systems; statutes and court decisions affecting educational functions. (3-0) R

**ED 6326 Public School Finance** (3 semester hours) Study of the financial basis for public education and the policy and political environments in which financial support is developed and administered. (3-0) R

**ED 6V01 Special Topics in Education** (1-9 semester hours) Topics vary from semester to semester. May be repeated for credit as topics vary. ([1-9]-0) S

Cert Ex. P

## English as a Second Language

English as a Second Language Supplemental Certificate can be added to existing elementary, secondary, or all-level certificates, to Grade EC-4 Generalist or the Grades 4-8 Generalist Certificates, or to Grades 4-8 or Grades 8-12 Content Area Certificates.

**ED 5353 (HUED 5353) Teaching English as a Second Language** (*3 semester hours*) The investigation of modern techniques of teaching English to speakers of other languages. Students will develop materials relating to language learning, language testing, and analyzing differences among languages. (3-0) Y

(Choose One)
HUSL 7384 The Nature of Language or COMD 6317 Language & Linguistics Y
HUSL 7385 Applied Linguistics Y

(Choose One)
HCS 6368 Language Development or COMD 6307 Language Acquisition Y

# 2011 Undergraduate Catalog



## Teacher Education Certification Program

UT Dallas offers a rigorous university-based teacher certification curriculum and has built an outstanding reputation for producing excellent teachers.

Coursework and field experiences leading to teacher certification are planned and delivered through the UT Dallas Teacher Development Center (972-883-2730) in coordination with the other UTD academic programs that provide the content for the teaching fields. The Teacher Certification Program uses the total resources of the University rather than relying on a school of education. The State Board for Educator Certification (SBEC) and Texas Higher Education Coordinating Board have approved the content and procedures of these curricula.

Initial teaching certificates may be earned by UTD undergraduates, concurrently with their degree studies, or by graduates from this or other institutions. Additional teaching field(s) may be added to valid certificates presently held.

As of September 1, 1999, all Texas teaching credentials must be renewed every five years. SBEC (State Board for Educator Certification), working in conjunction with the Texas Education Agency and the Texas Higher Education Coordinating Board, has revised the rules governing educator preparation, shifting the process away from a prescribed schedule of required classes and semester hours to a standards-based system that identifies the knowledge and skills required for a beginning teacher in Texas. These standards are aligned with the Texas Essential Knowledge and Skills, the state's required curriculum for public school students. Texas law requires persons seeking educator certification to perform satisfactorily on comprehensive examinations. The educator preparation program is required to determine the candidate's eligibility to test. The SBEC web site (www.sbec.state.tx.us/) is the best source of up-dated information.

## Certification Subject Areas

The following are subject areas in which The University of Texas at Dallas offers approved teaching fields leading to teacher certification.

### Grades 8-12 Certification

Undergraduate students must have an academic major and a minimum of 24 semester hours of appropriate course work in the teaching field, a reading course in the content area, and 18 semester hours of professional education, including student teaching. All UTD student teacher candidates must have passed both state required examinations prior to being placed in a student teaching assignment. Certification for grades 8 - 12 is offered in the following fields:

- English Language Arts and Reading
- Social Studies
- Computer Science
- History
- Life Sciences
- Physical Sciences
- Science
- Mathematics

### Grades 4-8 Certification

Undergraduate students must have an academic major with a minimum of 24 semester hours of appropriate coursework in the teaching field, two reading courses and 18 hours of professional education, including student teaching. In addition, candidates must pass state required TExES examinations for Pedagogy and Professional Responsibilities and content in the appropriate certification area prior to student teaching.

### Certification fields for Grades 4-8:

- Science
- Mathematics
- Social Studies
- English Language Arts and Reading

- Generalist - because this certificate qualifies a candidate to teach multiple subjects, additional academic course work is required in order to prepare the candidate for the rigorous, broad-based "Generalist 4-8" TExES examination.

**Early Childhood - Grade 6 Certification**

**Generalist**

The Generalist Certification is the only certification available for students interested in Early Childhood - Grade 6. The content related TExES for this certificate will test for a broad-based content mastery. Students are advised to work with advisors in the School of General Studies or the School of Behavioral and Brain Sciences if they seek degrees that lead to teaching certification in EC-Grade 6.

Undergraduate students need to consult with the appropriate academic program to design an undergraduate degree plan. All teacher certification candidates must register with the Teacher Development Center and take their upper-level professional development and education related course work and field experiences through the Center and the School of General Studies. It is the responsibility of the Teacher Development Center to assure that content and the professional development curricula meet the certification accountability requirements outlined in the Texas Education Code and monitored by the State Board for Educator Certification (SBEC).

# All Teaching Fields

All undergraduate students must meet the 42-hour core curriculum for The University of Texas at Dallas. All candidates for certification at UT Dallas are required to pass 18 semester hours of appropriate professional development courses, including six semester credit hours of student teaching. In addition to the professional education courses, state requirements for courses in Reading are required for each certification level. Candidates must also demonstrate computer literacy, effective public speaking and complete twelve semester hours of English.

# Admission

Upon admission to the University, undergraduate students should meet with an academic advisor in the major field to develop a degree plan, indicating to the advisor that the student is seeking teacher certification. Students must then apply for admission to the teacher education certification program, meet program GPA and THEA requirements, and complete a Certification Plan through the Teacher Development Center

# Post-Baccalaureate Program

Persons who already have baccalaureate degrees may seek teacher certification. They should consult with an advisor in the Teacher Development Center to develop a certification plan after they have been admitted to the university through the Office of Enrollment Services.

Post-Baccalaureate students must meet the 24 semester hour requirement in the appropriate teaching field. A certification plan will be developed based on an evaluation of the student's transcript. When appropriate, students may take the required courses in their teaching field(s) at the graduate or undergraduate level. Post-Baccalaureate students must demonstrate computer literacy, effective public speaking, and complete 12 semester hours of English. All students must fulfill the UT Dallas requirement for student teaching or supervised internship.

# Guidelines for Admission to The University of Texas at Dallas Teacher Certification Program

Guidelines are in compliance with Chapter 227 of the *Texas Administrative Code* and the HEA Title II accountability requirements.

Students seeking Texas teaching credentials at UT Dallas must meet the following requirements:

- Provisional Admission - Entitles a prospective student who has applied for admission to UT Dallas to be advised for a certification plan and/or to take the initial courses related to certification.
- GPA of 2.75 overall or on last 60 hours of coursework.

- Undergraduate students must have 54 semester hours of undergraduate coursework. This should include 12 semester hours at UTD with no grade below a "C".
- Post-Baccalaureate students must have an undergraduate or graduate degree from an accredited university.
- TASP/THEA - Unless exempt, a candidate must pass the TASP/THEA with the following minimum scores: 260 in Reading, 240 in Math, and 240 in Writing.

You are exempt from taking the TASP/THEA if you meet the qualifying standards on the GRE, GMAT, ACT, SAT, or exit-level TAKS.

- GRE: A minimum Verbal score of 450 and a minimum Quantitative score of 450 for a combined Verbal/Quantitative minimum score of 900.
- GMAT: A minimum combined score of 510 on the verbal and quantitative sections.
- ACT: A composite score of 26, and English and Math sub scores of at least 22. (Scores can be no more than five years old).
- SAT: Tests taken before September 1, 2005: A total score of at least 1100 with 550 minimums in the math and verbal sections of the test. After September 1, 2005: A total score of 1650 with 550 minimums in the math, critical reading, and writing sections of the test. (Scores can be no more than five years old).
- TAKS: Students with TAKS scores of 2200 in English/Language Arts and Math as well as a score of 3 in the writing sample (which is often not printed on your high school transcript, but can be found on the TAKS score report) are TSI/THEA exempt. TAKS scores can be no more than three years old.

Appropriate documentation is required to qualify for the exemptions from TASP/THEA. The Official TASP/THEA Test Study Guide may be purchased in the UTD Bookstore. TASP/THEA registration forms are available in the Teacher Development Center, Founders North 3.118 or through the Learning Resource Center in the McDermott Library at (972) 883-6707.

- Undergraduate students should meet with a faculty advisor in their academic major to develop a degree plan, indicating to the advisor their interest in pursuing teacher certification. Students can then make an appointment for certification plan advising with the Teacher Development Center whenever they are ready to take upper division courses. Freshmen should not register for education courses.
- Post-Baccalaureate students interested in teacher certification at UT Dallas are advised in the Teacher Development Center.

**Official Admission**

- Meet all requirements for "Provisional Admission."
- Complete an application for admission to the Teacher Development Program. A committee of faculty, administrators, and public school educators will review all applications before students can proceed in the program.
- Complete American Public School (ED 3314) and Educational Psychology (ED/PSY 3339).
- Undergraduate students must successfully complete 12 semester hours of approved courses at UT Dallas. (Students must have met the requirements for Provisional Admission, completed American Public School (ED 3314), Educational Psychology (ED/PSY 3339), and have a 2.75 GPA before re-enrolling in Classroom Management, Methods and C&I courses.)

# Texas Examinations of Educator Standards (TExES)

All candidates for initial teacher certification must pass two TExES certification examinations:

1. Pedagogy and Professional Responsibilities test at the appropriate level

2. Content specialization test.

Students must be officially admitted to the Teacher Development Program to take the TExES certification examinations. For information on TExES registration and eligibility, please review the Teacher Development Center web site - www.utdallas.edu/teach/ or contact the Teacher Development Center. TExES preparation manuals can be downloaded from the web at www.texes.ets.org/ or www.sbec.state.tx.us/. Students should access this information before or during the first semester of enrollment at UT Dallas. Students are encouraged to prepare early for the content related specialization TExES examination and to take the PPR TExES exam during or immediately after completing Classroom Management. Practice tests are available through the Teacher Development Center or the Texas Education Agency (TEA) website.

# Requirements for Student Teaching

Applications for student teaching will be accepted at one of several information sessions held early in each long semester (before October 15 in the fall and before March 15 in the spring). For further information contact the Teacher Development Center.

A committee of faculty, administrators, and field placement educators will review all applications for supervised student teaching or Post-Baccalaureate internships. All candidates must have exhibited professional maturity, acceptable class attendance, and meet the following requirements.

- Adhere to the *Code of Ethics and Standard Practices for Texas Educators* as listed in Appendix III in the student teacher handbook
- Meet all requirements for official admission to the teacher certification program.
- Pass both required TExES exams.
- Complete all required course work in teaching field with a 2.75 minimum GPA.
- Have no grade lower than a "B" in Classroom Management, C&I or Methods courses.
- Have no grade lower than "C" in other required certification courses.
- Request a student teaching assignment where no family member works or attends.
- Clear district criminal background check.
- Register for student teaching (6 semester hours). A student teaching fee will be included in the total registration charges.
- Pay tuition expenses before beginning official student teaching assignment.

# UT Dallas Requirements for Teacher Certification

- A 2.75 GPA in all professional education coursework and in content areas.
- Grade of "A" or "B" in Classroom Management, C&I or Methods courses.
- No grade lower than "C" in other required certification courses.
- Professional education coursework taken at UT Dallas.
- Computer literacy and effective public speaking demonstrated either by completion of appropriate coursework or a letter of competence.
- 12 semester hours of English with no grade lower than a "C".
- 40 clock hours of early field experience.
- Grade of "A" or "B" in Student Teaching.

# Application for Certification

Students who successfully fulfill all requirements for Texas teacher certification (GPA, course work, TASP/THEA and TExES examinations, etc.) should apply for certification on the State Board for Educator Certification website (www.sbec.state.tx.us/). The Certification Officer will access student online applications and, upon verification of requirements, will make recommendations for certification online. Students will immediately receive an email from the certifying agency verifying recommendation. Official Certificates are mailed by the state agency within six weeks.

## Contact Information

Teacher Education Certification Program
Founders North Building FN 3.110
(972) 883-2730 phone

the
# University of Texas
at Dallas
*an Equal Opportunity/Affirmative Action University*

# ONLINE CATALOG
*Undergraduate Catalog 2002-2003*

*Introduction (home)*
*General Information*
*Undergraduate Programs*
*Degree Requirements*
*Course Descriptions*

*Undergraduate Catalog*
*Graduate Catalog*
*Online Catalogs Index*

*Academic Calendar*
*Administration*
*Board of Regents*
*Faculty*
*Correspondence Directory*
*Appendices*

*UTD Home Page*

## School of General Studies

The School of General Studies provides an interdisciplinary environment that allows students to understand and integrate the liberal arts and sciences. The school administers interdisciplinary degree programs that afford students the opportunity to design their degree plans on an individualized basis. To assist the student in pursuing a course of study leading to successful completion of an undergraduate degree, the school provides a unique support structure. Included in this structure is the school�s Internship Program that arranges professional work experience in diverse career settings. The educational environment of General Studies is especially congenial to students eager to pursue unconventional or innovative combinations of course work.

### Faculty

All faculty in the university are eligible to participate.
**Professors:** George W. Fair, Karen J. Prager, Lawrence J. Redlinger
**Associate Professor:** Mary E. Sias
**Assistant Professors:** Erin A. Smith
**Senior Lecturers:** Susan P. Chizeck, Dachang Cong, Scherry F. Johnson, Elizabeth M. Salter

### Programs

The School of General Studies administers the programs for the Bachelor of Arts in American Studies, the Bachelor of Arts in Gender Studies, the Bachelor of Arts in Interdisciplinary Studies, and the Bachelor of Science in Interdisciplinary Studies. The program in American Studies is designed for students who wish to learn more about United States institutions, arts, and society, both in the past and present. The Bachelor of Arts in Gender Studies is designed to understand, explain, and predict the ways that gender, as a set of ideas, fundamentally shapes our history and culture. The Bachelor of Arts and the Bachelor of Science in Interdisciplinary Studies Programs emphasize a broad learning experience and a wider perspective than that provided by traditional undergraduate majors. All programs are designed for students who wish to choose among conventional disciplines, both to explore a variety of topics and to integrate courses focusing on a particular area of interest. They are also appropriate for those students who seek a thorough grounding in the traditional arts and sciences from an interdisciplinary perspective. For students in other schools who wish to broaden their education by including a School of General Studies program, the double degree is recommended. This option calls for a minimum of 30 semester credit hours at the upper division beyond those necessary for the major with the larger credit hour requirement. In addition, the student must satisfy all requirements for both majors. The School of General Studies does not permit a double major in either American Studies or Interdisciplinary Studies.

### Internship Program

All undergraduates in the School of General Studies are encouraged to take an internship with an organization in the community. Internships provide students with the opportunity to apply the knowledge and skills that they have mastered in their academic work. Students applying for internships must be in their senior year and in good academic standing, have completed the appropriate course work, and receive approval of the Internship Director. Students normally enroll for 3 to 6 semester hours. Students interested in the program should see the Internship Director of the School of General Studies or call (972)883-2354.

### Minors

Minors in the School of General Studies are available in the Bachelor of Arts in American Studies and the Bachelor of Arts in Gender Studies. Students in the Interdisciplinary Studies degree programs cannot have a minor, nor is there a minor offered in Interdisciplinary Studies. The requirements for each minor are listed below the degree requirements.



# The University of Texas at Dallas

**2004 - 2006 Undergraduate Catalog**

Introduction (home)
Contents / Site Map
Admissions
Policies / Procedures
Registration
Tuition and Fees
Financial Aid
Campus Resources
Degree Requirements
Undergraduate Programs
Course Descriptions
Academic Calendar
Administration
Board of Regents
Faculty
Correspondence Directory
Appendices
Alphabetical Index
UTD Home Page
Online Catalogs Index
Graduate Catalog

## Grades

### Grading Scale

U.T. Dallas adopted the following grade scale for all undergraduate students effective Fall 2000. Grades for courses completed prior to Fall 2000 accrue point values as shown in the appropriate catalog.

| GRADE | DESCRIPTION | PER SEMESTER HOUR |
|-------|-------------|-------------------|
| A+ | | 4.00 |
| A | Excellent | 4.00 |
| A- | | 3.67 |
| B+ | | 3.33 |
| B | Good | 3.00 |
| B- | | 2.67 |
| C+ | | 2.33 |
| C | Fair | 2.00 |
| C- | | 1.67 |
| D+ | | 1.33 |
| D | Poor | 1.00 |
| D- | | 0.67 |
| F | Failure | 0.00 |
| X | Incomplete | |
| CR | Credit | |
| NC | No Credit | |
| W | Withdrawn | |
| WP | Withdrawn Passing | |
| WF | Withdrawn Failing | |

POLICIES MENU

Policies Home
THEA/TSI
Developmental Education
Transferring Students
Course Policies
Dropping/Adding Classes
Grades
Change of Major
Professional Preparation
Graduate Classes
Graduation

### Grade Point Average

Grade points are computed by multiplying the points for each grade by the number of credit hours; for example, 4 (A) x 3 (hours) = 12 grade points.

A student's grade point average (GPA) is determined by dividing the total number of grade points earned by the number of semester hours for which a grade other than X, NC, or CR is received. Only grades earned at U.T. Dallas are used in calculating the GPA.

### Grade Change Request

A student has the right to request a review of the grades received in any class. A request for grade review must be completed immediately after a grade is issued.

Students must petition for a grade review by the end of the eighth week of the following long semester after the grade was received. The request must be submitted in writing to the appropriate faculty member who then has the remainder of that semester to take action.

### Incomplete Grades (X)

A grade of Incomplete may be given, at the discretion of the instructor of record for a course, when a student has completed at least 70% of the required course material but cannot complete all requirements by the end of the semester. An incomplete course grade (grade of X) must be completed within the time period specified by the instructor, not to exceed eight weeks from the first day of the subsequent long semester. Upon completion of the required work, the symbol X may be converted into a letter grade (A through F) by the instructor. If the grade of Incomplete is not removed by the end of the specified period, it will automatically be changed to F. Extension beyond the specified limit can be made only with the permission of the instructor and the student's ADU (or the Undergraduate Dean in the case of students without declared majors). A student may not re enroll in a course in which a grade of X remains.

Students may obtain a petition/documentation form for an Incomplete in the office of the student's ADU. The form is to be submitted to the instructor from whom the Incomplete is sought. Students should be aware that an Incomplete is only appropriate for work unavoidably missed at semester's end. Students should contact their school office for school policies on Incompletes. If a significant fraction of a semester is missed with cause, see the section on "Dropping or Adding Courses".

An instructor assigning an Incomplete must submit the petition/documentation form containing a description of the work required to complete the course to the ADU of the school offering the course. Upon approval, a copy of the petition will be forwarded to the student's ADU to be retained with the student's academic record. The instructor alone will be responsible for determining whether the requirements for completion are met and for assigning the grade in the course.

JS 44 (Rev. 02/19)

# CIVIL COVER SHEET

County in which action arose: _____

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Geaniece D Carter

## DEFENDANTS

University of Texas Dallas; Dean George Fair, Dean of Interdisciplinary Studies; Carolyn Bray, Assistant Director, Certification & Accountability; Barbara Ashmore, Assistant Director, Student Teaching & Field Experience

**(b)** County of Residence of First Listed Plaintiff   Wayne County Michigan
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [ ] 2  U.S. Government Defendant
- [ ] 3  Federal Question *(U.S. Government Not a Party)*
- [x] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

### CONTRACT
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [x] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

### REAL PROPERTY
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

### CIVIL RIGHTS
- [x] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty
**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

### LABOR
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

### IMMIGRATION
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

### BANKRUPTCY
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark

### SOCIAL SECURITY
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

### FEDERAL TAX SUITS
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 U.S.C. § 1951 (1970), Texas Code of Criminal Procedure 3.04 – Official Misconduct, Age Discrimination in Employment Act (ADEA), R

Brief description of cause:
Defendants have refused to acknowledge plaintiffs' program completion and is withholding program certification.

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 3,500,000,000.00

CHECK YES only if demanded in complaint:

JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE
August 12, 2019

SIGNATURE OF ATTORNEY OF RECORD

### FOR OFFICE USE ONLY

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____

## PURSUANT TO LOCAL RULE 83.11

1.          Is this a case that has been previously dismissed?          ☐ Yes
                                                                        ☑ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


2.          Other than stated above, are there any pending or previously          ☐ Yes
            discontinued or dismissed companion cases in this or any other        ☐ No
            court, including state court? (Companion cases are matters in which
            it appears substantially similar evidence will be offered or the same
            or related parties are present and the cases arise out of the same
            transaction or occurrence.)

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


Notes :