UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEANIECE D. CARTER,

                Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.

_____/

Case No. 19-cv-12381

Paul D. Borman
United States District Judge

R. Steven Whalen
United States Magistrate Judge

ORDER: (1) ADOPTING MAGISTRATE JUDGE WHALEN'S REPORT AND
RECOMMENDATION (ECF NO. 20); AND (2) DENYING DEFENDANTS'
MOTION TO DISMISS AS MOOT (ECF NO. 9)

Now before the Court is the October 9, 2019 Report and Recommendation of
Magistrate Judge R. Steven Whalen (ECF No. 20) recommending that the Court deny
Defendants' Motion to Dismiss (ECF No. 9) as moot.

Having reviewed the Report and Recommendation and there being no timely
objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(b), the Court ADOPTS
the Magistrate Judge's Report and Recommendation, and DENIES Defendant's Motion
to Dismiss as moot. (ECF No. 9.)

IT IS SO ORDERED.

Dated: December 11, 2019          s/Paul D. Borman_____
                                 Paul D. Borman
                                 United States District Judge