UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEANIECE D. CARTER,

              Plaintiff,                        No.19-12381

v.                                    District Judge Paul D. Borman
                                    Magistrate Judge R. Steven Whalen

UNIVERSITY OF TEXAS AT DALLAS,
ET AL.,
_____ /

## ORDER

Before the Court is Defendants' motion to stay discovery [ECF No. 33].

Specifically, Defendants seek to stay discovery pending resolution of their amended

motion to dismiss complaint [ECF No. 17].

The Defendants' motion to dismiss is based in part on their assertion of Eleventh

Amendment immunity, an issue that does not require discovery as to the underlying

factual basis of this case. *See Harlow v. Fitzgerald*, 457 U.S. 800 (until a "threshold

immunity question is resolved, discovery should not be allowed"); *see also Criss v. City

of Kent*, 867 F.2d 259, 261 (6th Cir. 1988)("discovery in litigation against government

officials should be halted until the threshold question of immunity is resolved.").

Accordingly, Defendants' motion to stay discovery [ECF No. 33] is GRANTED,

and discovery is STAYED pending final resolution of Defendants' motion to dismiss

[ECF No. 17].

IT IS SO ORDERED.


                                        s/R. Steven Whalen
                                        R. STEVEN WHALEN
                                        UNITED STATES  MAGISTRATE JUDGE
Dated: December 23, 2019


_____
## CERTIFICATE OF SERVICE

I hereby certify on December 23, 2019, that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to  non-registered ECF participants on December 23, 2019.


                                        s/Carolyn Ciesla
                                        Case Manager to
                                        Magistrate Judge R. Steven Whalen